**Fill in this information to identify the case:**

Debtor 1 DENAYA ADAMS

Debtor 2 JUSTIN ADAMS
(Spouse, if filing)

United States Bankruptcy Court for the: Eastern District of PENNSYLVANIA (Philadelphia)
(State)

Case number 25-15280

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges 12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** PENNYMAC LOAN SERVICES, LLC **Court claim no.** (if known): 15-1

**Last 4 digits** of any number you use to identify the debtor's account: 4886

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☑ No

☐ Yes. Date of the last notice: _____/____/_____

**Part 1: Itemize Postpetition Fees, Expenses, and Charges**

**Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.**

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $0.00 |
| 2. Non-sufficient funds (NSF) fees | | (2) | $0.00 |
| 3. Attorney fees | | (3) | $0.00 |
| 4. Filing fees and court costs | | (4) | $0.00 |
| 5. Bankruptcy/Proof of claim fees | 02/06/2026, $925.00, 02/12/2026, $625.00 | (5) | $1,550.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $0.00 |
| 7. Property inspection fees | | (7) | $0.00 |
| 8. Tax advances (non-escrow) | | (8) | $0.00 |
| 9. Insurance advances (non-escrow) | | (9) | $0.00 |
| 10. Property preservation expenses. Specify: | | (10) | $0.00 |
| 11. Other. Specify: | | (11) | $0.00 |
| 12. Other. Specify: | | (12) | $0.00 |
| 13. Other. Specify: | | (13) | $0.00 |

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 14. Other. Specify: | | (14) | $0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1 DENAYA ADAMS
First Name Middle Name Last Name

Case number (*if known*) 25-15280

**Part 2: Sign Here**

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☑ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /S/Sherian Hopkins
Signature

Date 06/25/2026

Print: Sherian Hopkins
First Name Middle Name Last Name

Title Authorized Representative

Company PENNYMAC LOAN SERVICES, LLC

Address PO Box 2410
Number Street

Moorpark, CA 93020
City State ZIP Code

Contact phone (866) 629-4570

Email BK@pnmac.com

**L.B.F. 9014-4**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** DENAYA ADAMS, JUSTIN ADAMS | : | **Chapter:** Chapter13 |
| **Debtor:** | : | **Bky. No:** 25-15280 |

* * * * * * *

**CERTIFICATION OF SERVICE**

I, Sherian Hopkins , certify that on 07/08/2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Notice of Post Petition Fees, Expenses and Charges

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: 07/08/2026

| | |
|---|---|
| Signature | /S/Sherian Hopkins |
| Name and Attorney ID (if applicable) | Sherian Hopkins |
| Firm Name | |
| Address | PO Box 2410 |
| City, State, Zip | Moorpark, CA 93020 |
| Phone Number | (866) 629-4570 |
| Email | BK@pnmac.com |

---

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

Name DENAYA ADAMS, JUSTIN ADAMS
Address 1126 E BARRINGER ST, PHILADELPHIA, PA 19119-3904
Relationship of Party Debtor

Via ☐ CM/ECF ☑ 1st Class Mail ☐ Certified Mail ☐ e-mail:

☐ Other

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

Name MICHAEL A. CIBIK
Address 1500 Walnut St Ste 900, PHILADELPHIA, PA 19102
Relationship of Party Attorney for Debtor

Via ☑ CM/ECF ☐ 1st Class Mail ☐ Certified Mail ☐ e-mail:

☐ Other

Name Kenneth E West
Address 190 N Independence Mall W Ste 701, PHILADELPHIA , PA 19106
Relationship of Party Trustee

Via ☑ CM/ECF ☐ 1st Class Mail ☐ Certified Mail ☐ e-mail:

☐ Other

Name
Address
Relationship of Party

Via ☐ CM/ECF ☐ 1st Class Mail ☐ Certified Mail ☐ e-mail:

☐ Other

Name
Address
Relationship of Party

Via ☐ CM/ECF ☐ 1st Class Mail ☐ Certified Mail ☐ e-mail:

☐ Other

Name
Address
Relationship of Party

Via ☐ CM/ECF ☐ 1st Class Mail ☐ Certified Mail ☐ e-mail:

☐ Other

Name
Address
Relationship of Party

Via ☐ CM/ECF ☐ 1st Class Mail ☐ Certified Mail ☐ e-mail:

☐ Other