UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA - PHILADELPHIA

| In re: | |
|---|---|
| JUSTIN ADAMS<br>DENAYA ADAMS<br><br>               Debtor(s), | Bankruptcy No: 25-15280<br><br>Chapter: 13<br><br>Judge: Honorable Ashely M. Chan |

## ORDER GRANTING MOTION TO EXTEND TIME

Whereas, this matter having come before this Court on the Motion to Extend Time to File Schedules, Statements and Related Documents, and good cause appearing, it is hereby:

ORDERED, the Motion is hereby GRANTED; and further

ORDERED, the deadline to file the Schedules, Statements and Related Documents is extended to February 11, 2026.