**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Justin** | **J.** | **Adams** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Denaya** | **A.** | **Adams** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Eastern** District of **Pennsylvania**

Case number **25-15280**

☐ Check if this is an amended filing

## Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.

   ☑ Yes. Where is the property?

   **1.1**

   **1126 E Barringer St**
   Street address, if available, or other description

   **Philadelphia, PA 19119-3904**
   City        State        ZIP Code

   **Philadelphia**
   County

   **What is the property?** Check all that apply.

   ☑ Single-family home
   ☐ Duplex or multi-unit building
   ☐ Condominium or cooperative
   ☐ Manufactured or mobile home
   ☐ Land
   ☐ Investment property
   ☐ Timeshare
   ☐ Other _____

   **Who has an interest in the property?** Check one.

   ☐ Debtor 1 only
   ☐ Debtor 2 only
   ☑ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   **Other information you wish to add about this item, such as local property identification number:** _____

   **Source of Value:** **Zillow ($424,100 less 20% closing costs)**

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

   | Current value of the entire property? | Current value of the portion you own? |
   |---|---|
   | $339,280.00 | $339,280.00 |

   **Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

   **Tenants by the Entirety**

   ☐ Check if this is community property (see instructions)

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here** ...................➔

   | $339,280.00 |
   |---|

### Part 2:    Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

   ☐ No
   ☑ Yes

Debtor  **Adams, Justin J.; Adams, Denaya A.**                                    Case number *(if known)*  **25-15280**

---

| 3.1 | Make: | **Jeep** | **Who has an interest in the property?** Check one. | | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| | Model: | **Cherokee** | ☐ Debtor 1 only ☐ Debtor 2 only ☑ Debtor 1 and Debtor 2 only ☐ At least one of the debtors and another | | |

| Year: | **2019** | | **Current value of the entire property?** | **Current value of the portion you own?** |
| Approximate mileage: | **97000** | ☐ **Check if this is community property** (see instructions) | $12,824.00 | $12,824.00 |

Other information:

If you own or have more than one, describe here:

| 3.2 | Make: | **Mazda** | **Who has an interest in the property?** Check one. | | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| | Model: | **CX-9** | ☐ Debtor 1 only ☐ Debtor 2 only ☑ Debtor 1 and Debtor 2 only ☐ At least one of the debtors and another | | |

| Year: | **2011** | | **Current value of the entire property?** | **Current value of the portion you own?** |
| Approximate mileage: | **170000** | ☐ **Check if this is community property** (see instructions) | $1,927.00 | $1,927.00 |

Other information:

**Source of Value: Edmunds**

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**

   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ☑ No

   ☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here ...................................................................  ➡  | $14,751.00 |

---

| **Part 3:** | Describe Your Personal and Household Items |

| Do you own or have any legal or equitable interest in any of the following items? | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |

6. **Household goods and furnishings**

   *Examples:* Major appliances, furniture, linens, china, kitchenware

   ☐ No
   ☑ Yes. Describe. .........   | Various used pieces of furniture, furnishings, appliances, linens, and other similar items, each valued at $600 or less. | $700.00 |

7. **Electronics**

   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

   ☐ No
   ☑ Yes. Describe. .........   | Various used televisions, mobile devices, and computers, each valued at $600 or less. | $500.00 |

---

Debtor   **Adams, Justin J.; Adams, Denaya A.**                                    Case number *(if known)* **25-15280**

8. **Collectibles of value**

   *Examples:*   Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or
   baseball card collections; other collections, memorabilia, collectibles

   ☑ No

   ☐ Yes. Describe. .........

9. **Equipment for sports and hobbies**

   *Examples:*   Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and
   kayaks; carpentry tools; musical instruments

   ☑ No

   ☐ Yes. Describe. .........

10. **Firearms**

    *Examples:*   Pistols, rifles, shotguns, ammunition, and related equipment

    ☑ No

    ☐ Yes. Describe. .........

11. **Clothes**

    *Examples:*   Everyday clothes, furs, leather coats, designer wear, shoes, accessories

    ☐ No

    ☑ Yes. Describe. .........   | **Various used articles of clothing, shoes, and accessories, each valued at $600 or less.** |   **$400.00**

12. **Jewelry**

    *Examples:*   Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold,
    silver

    ☐ No

    ☑ Yes. Describe. .........   | **Wedding Bands** |   **$2,000.00**

13. **Non-farm animals**

    *Examples:*   Dogs, cats, birds, horses

    ☑ No

    ☐ Yes. Describe. .........

14. **Any other personal and household items you did not already list, including any health aids you did not list**

    ☑ No

    ☐ Yes. Give specific
    information. .............

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached
    for Part 3. Write that number here** ........................................................................................................................ ➡   **$3,600.00**

| **Part 4:** | Describe Your Financial Assets |
|---|---|

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own?<br>Do not deduct secured claims or exemptions. |
|---|---|

Debtor  **Adams, Justin J.; Adams, Denaya A.**                                    Case number *(if known)* **25-15280**

---

16. **Cash**

   *Examples:*  Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

   ☑ No

   ☐ Yes ............................................................................................................................    Cash: ..................

17. **Deposits of money**

   *Examples:*  Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses,
   and other similar institutions. If you have multiple accounts with the same institution, list each.

   ☐ No
   ☑ Yes .....................                              Institution name:

   |  |  |  |
   |---|---|---:|
   | 17.1. Checking account: | **Key Bank - Business** | **$50.00** |
   | 17.2. Checking account: | **Police & Fire**<br>**Account Number: 2951** | **$5.00** |
   | 17.3. Checking account: | **Police & Fire** | **$75.00** |
   | 17.4. Checking account: | **Truist - Business** | **$100.00** |
   | 17.5. Savings account: | **Police & Fire** | **$5.00** |
   | 17.6. Savings account: | **Truist - Business** | **$100.00** |

18. **Bonds, mutual funds, or publicly traded stocks**

   *Examples:*  Bond funds, investment accounts with brokerage firms, money market accounts

   ☑ No
   ☐ Yes .....................

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an
   LLC, partnership, and joint venture**

   ☐ No
   ☑ Yes. Give specific
   information about
   them....................     Name of entity:                          % of ownership:

   | Name of entity | % of ownership | Value |
   |---|:---:|---:|
   | **2721 N. 29th, LLC**<br>**FMV: Zillow $154,320 ($192,900 less 20% closing costs)**<br>**Liens: Planet Home Lending - Balance: $161,745.02**<br>**Equity: Negative**<br>**Interest Value: $0**<br>**LLC is behind on mortgage payments and is surrendering**<br>**the property to the mortgage company.** | **100.00%** | **$0.00** |
   | **3929 N. 17th, LLC (no longer operating)**<br>**FMV: Zillow $142,480 ($178,100 less 20% closing costs)**<br>**Liens: Shell Point Mortgage - Balance: $168,948.41**<br>**Equity: Negative**<br>**Interest Value: $0**<br>**LLC is behind on mortgage payments and is surrendering**<br>**the property to the mortgage company.** | **100.00%** | **$0.00** |
   | **Femme Fete, LLC (no longer operating)** | **100.00%** | **$0.00** |
   | **KJ Capital, LLC (no longer operating)** | **100.00%** | **$0.00** |

---

Debtor   **Adams, Justin J.; Adams, Denaya A.**

Case number *(if known)* **25-15280**

---

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

   *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
   *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

   ☑ No
   ☐ Yes. Give specific
       information about
       them...................

21. **Retirement or pension accounts**

   *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

   ☐ No
   ☑ Yes. List each       Type of account:       Institution name:
       account separately.

   401(k) or similar plan:   **T. Rowe Price 403(b)**                                      $33,376.86

22. **Security deposits and prepayments**

   Your share of all unused deposits you have made so that you may continue service or use from a company

   *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or
               others

   ☑ No
   ☐ Yes .....................

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

   ☑ No
   ☐ Yes .....................

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
   26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

   ☑ No
   ☐ Yes .....................

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable
    for your benefit**

   ☑ No
   ☐ Yes. Give specific
       information about them. ...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**

   *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

   ☑ No
   ☐ Yes. Give specific
       information about them. ...

---

Debtor   **Adams, Justin J.; Adams, Denaya A.**                                          Case number *(if known)* **25-15280**

---

27. **Licenses, franchises, and other general intangibles**

    *Examples:*  Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

    ☑ No

    ☐ Yes. Give specific
        information about them. ...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**

    ☑ No

    ☐ Yes. Give specific information about
        them, including whether you
        already filed the returns and
        the tax years. ...................

29. **Family support**

    *Examples:*  Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property
             settlement

    ☑ No

    ☐ Yes. Give specific information. ........

30. **Other amounts someone owes you**

    *Examples:*  Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation,
             Social Security benefits; unpaid loans you made to someone else

    ☑ No

    ☐ Yes. Give specific information. ........

31. **Interests in insurance policies**

    *Examples:*  Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

    ☑ No

    ☐ Yes. Name the insurance company
        of each policy and list its value. ...

32. **Any interest in property that is due you from someone who has died**

    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive
    property because someone has died.

    ☑ No

    ☐ Yes. Give specific information. ........

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

    *Examples:*  Accidents, employment disputes, insurance claims, or rights to sue

    ☑ No

    ☐ Yes. Describe each claim. ..............

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off
    claims**

    ☑ No

    ☐ Yes. Describe each claim. ..............

---

Official Form 106A/B                          **Schedule A/B: Property**                                    page **6**

Debtor  **Adams, Justin J.; Adams, Denaya A.**                                    Case number *(if known)* **25-15280**

---

35. **Any financial assets you did not already list**

    ☑ No

    ☐ Yes. Give specific information. ........

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached
    for Part 4. Write that number here** ..............................................................  ➔  | $33,711.86 |

| **Part 5:** | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |

37. **Do you own or have any legal or equitable interest in any business-related property?**

    ☑ No. Go to Part 6.

    ☐ Yes. Go to line 38.

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached
    for Part 5. Write that number here** ..............................................................  ➔  | $0.00 |

| **Part 6:** | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1. |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

    ☑ No. Go to Part 7.

    ☐ Yes. Go to line 47.

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached
    for Part 6. Write that number here** ..............................................................  ➔  | $0.00 |

| **Part 7:** | Describe All Property You Own or Have an Interest in That You Did Not List Above |

53. **Do you have other property of any kind you did not already list?**

    *Examples:* Season tickets, country club membership

    ☑ No

    ☐ Yes. Give specific
    information. .............

54. **Add the dollar value of all of your entries from Part 7. Write that number here** .....................................  ➔  | $0.00 |

| **Part 8:** | List the Totals of Each Part of this Form |

55. **Part 1: Total real estate, line 2** ..............................................................................  ➔  | $339,280.00 |

56. **Part 2: Total vehicles, line 5**                                  $14,751.00

57. **Part 3: Total personal and household items, line 15**           $3,600.00

58. **Part 4: Total financial assets, line 36**                       $33,711.86

59. **Part 5: Total business-related property, line 45**              $0.00

60. **Part 6: Total farm- and fishing-related property, line 52**     $0.00

Debtor  **Adams, Justin J.; Adams, Denaya A.**                                    Case number *(if known)* **25-15280**

| | | |
|---|---|---|
| 61. | **Part 7: Total other property not listed, line 54** | **+** _____ **$0.00** |
| 62. | **Total personal property.** Add lines 56 through 61. ............... | **$52,062.86**    Copy personal property total ➡  **+** _____ **$52,062.86** |
| 63. | **Total of all property on Schedule A/B.** Add line 55 + line 62. ........................................................................... | **$391,342.86** |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Justin** | **J.** | **Adams** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Denaya** | **A.** | **Adams** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: _____ **Eastern** _____ District of _____ **Pennsylvania** _____

Case number **25-15280**
(if known)

☐ Check if this is an
amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt
04/25

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☑ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own Copy the value from *Schedule A/B* | Amount of the exemption you claim *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **1126 E Barringer St Philadelphia, PA 19119-3904** <br><br> Line from *Schedule A/B*: **1.1** | **$339,280.00** | ☑ **$50,170.02** <br><br> ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(1)** |
| Brief description: **2019 Jeep Cherokee** <br><br> Line from *Schedule A/B*: **3.1** | **$12,824.00** | ☑ **$7,560.70** <br><br> ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(2)** |

3. **Are you claiming a homestead exemption of more than $214,000?**

   (Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
   　　☐ No
   　　☐ Yes

| Debtor 1 | **Justin** | **J.** | **Adams** | Case number *(if known)* | **25-15280** |
|---|---|---|---|---|---|

| Debtor 2 | **Denaya** | **A.** | **Adams** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| **Part 2:** | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **2011 Mazda CX-9**<br>Line from *Schedule A/B*: **3.2** | **$1,927.00** | ☑ **$1,927.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(2)** |
| Brief description: **Various used pieces of furniture, furnishings, appliances, linens, and other similar items, each valued at $600 or less.**<br>Line from *Schedule A/B*: **6** | **$700.00** | ☑ **$700.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description: **Various used televisions, mobile devices, and computers, each valued at $600 or less.**<br>Line from *Schedule A/B*: **7** | **$500.00** | ☑ **$500.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description: **Various used articles of clothing, shoes, and accessories, each valued at $600 or less.**<br>Line from *Schedule A/B*: **11** | **$400.00** | ☑ **$400.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description: **Wedding Bands**<br>Line from *Schedule A/B*: **12** | **$2,000.00** | ☑ **$2,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(4)** |

| Debtor 1 | **Justin** | **J.** | **Adams** | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | Case number *(if known)* **25-15280** |
| Debtor 2 | **Denaya** | **A.** | **Adams** | |
| | First Name | Middle Name | Last Name | |

| **Part 2:** | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own  Copy the value from *Schedule A/B* | Amount of the exemption you claim  *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **Police & Fire**  **Checking account**  **Acct. No.: 2951**  Line from *Schedule A/B:* __17__ | **$5.00** | ☑ **$5.00**  ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description: **Police & Fire**  **Checking account**  Line from *Schedule A/B:* __17__ | **$75.00** | ☑ **$75.00**  ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description: **Key Bank - Business**  **Checking account**  Line from *Schedule A/B:* __17__ | **$50.00** | ☑ **$50.00**  ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description: **Truist - Business**  **Savings account**  Line from *Schedule A/B:* __17__ | **$100.00** | ☑ **$100.00**  ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description: **Truist - Business**  **Checking account**  Line from *Schedule A/B:* __17__ | **$100.00** | ☑ **$100.00**  ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description: **Police & Fire**  **Savings account**  Line from *Schedule A/B:* __17__ | **$5.00** | ☑ **$5.00**  ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description: **T. Rowe Price**  **403(b)**  Line from *Schedule A/B:* __21__ | **$33,376.86** | ☑ **$33,376.86**  ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(12)** |

Fill in this information to identify your case:

| Debtor 1 | **Justin** | **J.** | **Adams** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | **Denaya** | **A.** | **Adams** |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Eastern** District of **Pennsylvania**

Case number (if known) **25-15280**

☐ Check if this is an amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**

   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

**Part 1:**    List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

| 2.1 | **PennyMac Loan Services, LLC** | Describe the property that secures the claim: | $285,109.98 | $339,280.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**Unit Los Angeles, Attn:**

**PO Box 514387**

| **1126 E Barringer St Philadelphia, PA 19119-3904** |

Number      Street

**CorrespondenceCA, 90051**

City      State      ZIP Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred **12/1/2020**    Last 4 digits of account number    **4  8  8  6**

| Add the dollar value of your entries in Column A on this page. Write that number here: | $285,109.98 |
|---|---|

| Debtor 1 | **Justin** | **J.** | **Adams** | | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | Case number *(if known)* | **25-15280** |
| Debtor 2 | **Denaya** | **A.** | **Adams** | | |
| | First Name | Middle Name | Last Name | | |

| Part 1: | Additional Page<br>After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

**2.2** **Police & Fire FCU**

Describe the property that secures the claim: **$5,263.30** **$12,824.00** **$0.00**

Creditor's Name

**901 Arch Street**

**2019 Jeep Cherokee**

Number    Street

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Philadelphia, PA 19107**

City    State    ZIP Code

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred    **8/1/2020**    Last 4 digits of account number    **0    0    0    6**

---

**2.3** **Water Revenue Bureau**

Describe the property that secures the claim: **$4,000.00** **$339,280.00** **$0.00**

Creditor's Name

**c/o Pamela Elchert Thurmond**

**1126 E Barringer St Philadelphia, PA 19119-3904**

**1401 John F Kennedy Fl 5**

Number    Street

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Philadelphia, PA 19102-1617**

City    State    ZIP Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number ___ ___ ___ ___

---

| Add the dollar value of your entries in Column A on this page. Write that number here: | **$9,263.30** |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | **$294,373.28** |

Official Form 106D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page **2** of **2**

**Fill in this information to identify your case:**

| Debtor 1 | **Justin** | **J.** | **Adams** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Denaya** | **A.** | **Adams** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: _____ **Eastern** _____ District of _____ **Pennsylvania**

Case number **25-15280**
(if known)

☐ Check if this is an amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

## Part 1:    List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ☑ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.1** **Internal Revenue Service**

Last 4 digits of account number __ __ __ __ — $86,605.72 — $39,148.88 — $47,456.84

Priority Creditor's Name

**Centralized Insolvency Operation**       **When was the debt incurred?** _____

**P.O. Box 7346**

Number       Street       **As of the date you file, the claim is:** Check all that apply.

**Philadelphia, PA 19101-7346**       ☐ Contingent
City       State       ZIP Code       ☐ Unliquidated
                                       ☐ Disputed

**Who incurred the debt?** Check one.

☐ Debtor 1 only       **Type of PRIORITY unsecured claim:**
☐ Debtor 2 only       ☐ Domestic support obligations
☑ Debtor 1 and Debtor 2 only       ☑ Taxes and certain other debts you owe the government
☐ At least one of the debtors and another       ☐ Claims for death or personal injury while you were intoxicated
☐ **Check if this claim is for a community debt**       ☐ Other. Specify _____

**Is the claim subject to offset?**

☑ No
☐ Yes

| Debtor 1 | **Justin** | **J.** | **Adams** | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |
| Debtor 2 | **Denaya** | **A.** | **Adams** | |
| | First Name | Middle Name | Last Name | |

Case number *(if known)* __25-15280__

---

**Part 2:**  List All of Your NONPRIORITY Unsecured Claims

**3.  Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes

**4.  List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  | **Total claim** |
|---|---|

**4.1  American Heritage Federal Credit Union**
Nonpriority Creditor's Name

**Attn: Bankruptcy**

**2060 Red Lion Rd**
Number          Street

**Philadelphia, PA 19115-1603**
City          State          ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  **0  9  0  0**

When was the debt incurred?  **6/1/2022**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **CreditCard**

**$8,756.00**

**4.2  Amex**
Nonpriority Creditor's Name

**Correspondence/Bankruptcy**

**PO Box 981540**
Number          Street

**El Paso, TX 79998-1540**
City          State          ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  **0  4  0  3**

When was the debt incurred?  **6/1/2021**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **CreditCard**

**$6,493.00**

| Debtor 1 | **Justin** | **J.** | **Adams** | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

Case number *(if known)* **25-15280**

| Debtor 2 | **Denaya** | **A.** | **Adams** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

---

**4.3**

**Amex**
Nonpriority Creditor's Name

**Correspondence/Bankruptcy**

**PO Box 981540**
Number          Street

**El Paso, TX 79998-1540**
City                State                ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   **6   6   5   3**

When was the debt incurred?                **6/1/2021**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **CreditCard**

**$4,538.00**

---

**4.4**

**Amex**
Nonpriority Creditor's Name

**Correspondence/Bankruptcy**

**PO Box 981540**
Number          Street

**El Paso, TX 79998-1540**
City                State                ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   **3   9   9   3**

When was the debt incurred?                **6/1/2021**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **CreditCard**

**$2,944.00**

---

Official Form 106E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                page **3** of **20**

| | | | |
|---|---|---|---|
| Debtor 1 | **Justin** | **J.** | **Adams** |

Case number *(if known)* **25-15280**

| | | | |
|---|---|---|---|
| Debtor 2 | **Denaya** | **A.** | **Adams** |
| | First Name | Middle Name | Last Name |

### Part 2:    Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

---

**4.5**

**Amex**

Nonpriority Creditor's Name

**Correspondence/Bankruptcy**

**PO Box 981540**

Number          Street

**El Paso, TX 79998-1540**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number      **5    2    9    3**          $2,199.00

**When was the debt incurred?**          **6/1/2021**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **CreditCard**

---

**4.6**

**Amex**

Nonpriority Creditor's Name

**Correspondence/Bankruptcy**

**PO Box 981540**

Number          Street

**El Paso, TX 79998-1540**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number      **7    3    1    3**          $2,181.00

**When was the debt incurred?**          **6/1/2021**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **CreditCard**

---

| Debtor 1 | Justin | J. | Adams | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | Case number *(if known)* 25-15280 |
| Debtor 2 | Denaya | A. | Adams | |
| | First Name | Middle Name | Last Name | |

## Part 2:    Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim**

---

**4.7**    **Amex**
Nonpriority Creditor's Name

**Correspondence/Bankruptcy**

**PO Box 981540**
Number         Street

**El Paso, TX 79998-1540**
City              State              ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    9   6   1   3          $501.00

When was the debt incurred?         6/1/2021

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **CreditCard**

---

**4.8**    **Capital One**
Nonpriority Creditor's Name

**Attn: Bankruptcy**

**PO Box 30285**
Number         Street

**Salt Lake City, UT 84130-0285**
City              State              ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    0   7   3   8          $4,149.00

When was the debt incurred?         5/1/2022

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **CreditCard**

---

| Debtor 1 | **Justin** | **J.** | **Adams** | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | Case number *(if known)* **25-15280** |
| Debtor 2 | **Denaya** | **A.** | **Adams** | |
| | First Name | Middle Name | Last Name | |

## Part 2:    Your NONPRIORITY Unsecured Claims — Continuation Page

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

**4.9**

| **Capital One** | Last 4 digits of account number    9  5  5  5 | **$3,269.00** |
|---|---|---|

Nonpriority Creditor's Name

**Attn: Bankruptcy**                                When was the debt incurred?         6/1/2017

**PO Box 30285**

Number          Street

**Salt Lake City, UT 84130-0285**                 As of the date you file, the claim is: Check all that apply.

City          State          ZIP Code

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **CreditCard**

**Is the claim subject to offset?**

☑ No
☐ Yes

**4.10**

| **Capital One** | Last 4 digits of account number    6  4  3  6 | **$2,599.00** |
|---|---|---|

Nonpriority Creditor's Name

**Attn: Bankruptcy**                                When was the debt incurred?         4/1/2016

**PO Box 30285**

Number          Street

**Salt Lake City, UT 84130-0285**                 As of the date you file, the claim is: Check all that apply.

City          State          ZIP Code

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **CreditCard**

**Is the claim subject to offset?**

☑ No
☐ Yes

| Debtor 1 | **Justin** | **J.** | **Adams** | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |
| Debtor 2 | **Denaya** | **A.** | **Adams** | Case number *(if known)* **25-15280** |
| | First Name | Middle Name | Last Name | |

### Part 2:  Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

| 4.11 | **Citibank** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**Citicorp Cr Srvs/Centralized Bankruptcy**

**PO Box 790040**

Number     Street

**Saint Louis, MO 63179-0027**

City          State          ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number**     0   4   5   4

**When was the debt incurred?**     6/1/2022

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **CreditCard**

**$11,135.00**

| 4.12 | **Citibank** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**Citicorp Cr Srvs/Centralized Bankruptcy**

**PO Box 790040**

Number     Street

**Saint Louis, MO 63179-0027**

City          State          ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number**     2   7   4   2

**When was the debt incurred?**     7/1/2019

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **CreditCard**

**$5,450.00**

Debtor 1    __Justin_____J._____Adams_____
            First Name       Middle Name      Last Name

Debtor 2    __Denaya_____A._____Adams_____
            First Name       Middle Name      Last Name

Case number *(if known)* __25-15280__

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

Total claim

**4.13** **Cornerstone**

Nonpriority Creditor's Name

**PO Box 82561**

Number          Street

**Lincoln, NE 68501**

City          State          ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number  __i__  __o__  __u__  __s__    **$65,428.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☑ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify _____

---

**4.14** **Discover Financial**

Nonpriority Creditor's Name

**Attn: Bankruptcy**

**2500 Lake Cook Rd**

Number          Street

**Riverwoods, IL 60015-3851**

City          State          ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number  __0__  __7__  __4__  __7__    **$801.00**

**When was the debt incurred?** __6/1/2019__

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **CreditCard**

---

Official Form 106E/F          Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor 1 | **Justin** | **J.** | **Adams** | | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | **Denaya** | **A.** | **Adams** | Case number *(if known)* __25-15280__ | |
| | First Name | Middle Name | Last Name | | |

**Part 2:**    **Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.     **Total claim**

---

**4.15**   **Elan Financial Services**

Nonpriority Creditor's Name

**PO Box 108**

Number     Street

**Saint Louis, MO 63166**

City     State     ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __     **$3,000.00**

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Credit Cards**

---

**4.16**   **Freedom Credit Union**

Nonpriority Creditor's Name

**Attn: Bankruptcy**

**626 Jacksonville Road , Suite 250**

Number     Street

**Warminster, PA 18974**

City     State     ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   0   2   0   1     **$2,941.00**

**When was the debt incurred?**   **11/1/2017**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **CreditCard**

---

Debtor 1    **Justin**            **J.**              **Adams**

Debtor 2    **Denaya**            **A.**              **Adams**       Case number *(if known)* __25-15280__

       First Name        Middle Name        Last Name

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim** |
|---|---|

**4.17**   **Goldman Sachs Bank USA**

Nonpriority Creditor's Name

**Attn: Bankruptcy**

**200 West St**

Number        Street

**New York, NY 10282-2102**

City            State            ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **4    5    6    1**          **$5,408.00**

When was the debt incurred?          **7/1/2021**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **CreditCard**

---

**4.18**   **KeyBank**

Nonpriority Creditor's Name

**Attn: Bankruptcy**

**4910 Tiedeman Rd**

Number        Street

**Cleveland, OH 44144**

City            State            ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **5    2    4    2**          **$4,526.00**

When was the debt incurred?          **6/1/2022**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **CreditCard**

Debtor 1    **Justin**            **J.**            **Adams**

Debtor 2    **Denaya**           **A.**            **Adams**          Case number *(if known)* __25-15280__

     First Name       Middle Name      Last Name

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** | |
|---|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | | **Total claim** |
|---|---|---|

---

**4.19**   **KeyBank**

Nonpriority Creditor's Name

**Attn: Bankruptcy**

**4910 Tiedeman Rd**

Number          Street

**Cleveland, OH 44144**

City          State          ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number**  ___ ___ ___ ___

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Business Credit Cards**

**$20,000.00**

---

**4.20**   **Mohela**

Nonpriority Creditor's Name

**Attn: Bankruptcy**

**633 Spirit Dr**

Number          Street

**Chesterfield, MO 63005-1243**

City          State          ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number**  0  7  0  9

**When was the debt incurred?**  4/1/2024

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☑ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify  _____

**$53,580.00**

---

| Debtor 1 | **Justin** | **J.** | **Adams** | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |
| Debtor 2 | **Denaya** | **A.** | **Adams** | |
| | First Name | Middle Name | Last Name | |

Case number *(if known)*  **25-15280**

---

**Part 2:**    **Your NONPRIORITY Unsecured Claims — Continuation Page**

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim** |
|---|---|

**4.21**

**NAVY FCU**
Nonpriority Creditor's Name

**Attn: Bankruptcy**

**PO Box 3000**
Number              Street

**Merrifield, VA 22119**
City                State              ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    **1   2   7   1**

When was the debt incurred?          **8/1/2020**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **UnknownLoanType**

$19,562.00

**4.22**

**NAVY FCU**
Nonpriority Creditor's Name

**Attn: Bankruptcy**

**PO Box 3000**
Number              Street

**Merrifield, VA 22119**
City                State              ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    **9   5   2   1**

When was the debt incurred?          **3/1/2020**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **UnknownLoanType**

$3,103.00

---

Official Form 106E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    page **12** of **20**

| Debtor 1 | **Justin** | **J.** | **Adams** | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | Case number *(if known)* 25-15280 |
| Debtor 2 | **Denaya** | **A.** | **Adams** | |
| | First Name | Middle Name | Last Name | |

**Part 2:**    **Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.      **Total claim**

| 4.23 | **Navy Federal Credit Union** | Last 4 digits of account number   **6**   **3**   **4**   **1** | **$21,684.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**Attn: Bankruptcy**

When was the debt incurred?      **9/1/2020**

**PO Box 3000**

Number      Street

**As of the date you file, the claim is:** Check all that apply.

**Merrifield, VA 22119-3000**

City      State      ZIP Code

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **UnknownLoanType**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 4.24 | **Navy Federal Credit Union** | Last 4 digits of account number   **6**   **3**   **4**   **1** | **$21,684.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**Attn: Bankruptcy**

When was the debt incurred?      **9/1/2020**

**PO Box 3000**

Number      Street

**As of the date you file, the claim is:** Check all that apply.

**Merrifield, VA 22119-3000**

City      State      ZIP Code

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **UnknownLoanType**

**Is the claim subject to offset?**

☑ No
☐ Yes

| Debtor 1 | **Justin** | **J.** | **Adams** | | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | **Denaya** | **A.** | **Adams** | Case number *(if known)* | **25-15280** |
| | First Name | Middle Name | Last Name | | |

**Part 2:     Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                                                                 **Total claim**

---

**4.25**

**Navy Federal Credit Union**
Nonpriority Creditor's Name

**Attn: Bankruptcy**

**PO Box 3000**
Number        Street

**Merrifield, VA 22119-3000**
City                State                ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    **6   3   4   1**                         **$21,684.00**

**When was the debt incurred?**            **9/1/2020**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Unsecured**

---

**4.26**

**Navy Federal Credit Union**
Nonpriority Creditor's Name

**Attn: Bankruptcy**

**PO Box 3000**
Number        Street

**Merrifield, VA 22119-3000**
City                State                ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    **1   2   7   1**                         **$19,562.00**

**When was the debt incurred?**            **8/1/2020**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **CreditCard**

---

| Debtor 1 | **Justin** | **J.** | **Adams** | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |
| Debtor 2 | **Denaya** | **A.** | **Adams** | Case number *(if known)* __25-15280__ |
| | First Name | Middle Name | Last Name | |

## Part 2:    Your NONPRIORITY Unsecured Claims — Continuation Page

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

**4.27**

**Navy Federal Credit Union**
Nonpriority Creditor's Name

**Attn: Bankruptcy**

**PO Box 3000**
Number          Street

**Merrifield, VA 22119-3000**
City                State                ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    **1  9  2  1**            **$3,432.00**

When was the debt incurred?            **2/1/2020**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **CreditCard**

**4.28**

**Navy Federal Credit Union**
Nonpriority Creditor's Name

**Attn: Bankruptcy**

**PO Box 3000**
Number          Street

**Merrifield, VA 22119-3000**
City                State                ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    **1  9  2  1**            **$3,432.00**

When was the debt incurred?            **2/1/2020**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **CreditCard**

| Debtor 1 | Justin | J. | Adams | | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | Case number *(if known)* | 25-15280 |
| Debtor 2 | Denaya | A. | Adams | | |
| | First Name | Middle Name | Last Name | | |

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

---

**4.29** **Navy Federal Credit Union**

Nonpriority Creditor's Name

**Attn: Bankruptcy**

**PO Box 3000**

Number          Street

**Merrifield, VA 22119-3000**

City          State          ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number    9  5  2  1

When was the debt incurred?          3/1/2020

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **CreditCard**

**$3,103.00**

---

**4.30** **PECO Energy Company**

Nonpriority Creditor's Name

**2301 Market St**

Number          Street

**Philadelphia, PA 19103-1338**

City          State          ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Unpaid Utilities**

**$1,547.00**

---

| Debtor 1 | **Justin** | **J.** | **Adams** | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

Case number *(if known)* __25-15280__

| Debtor 2 | **Denaya** | **A.** | **Adams** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

---

**Part 2:**    **Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

---

**4.31**   **PGW**

Nonpriority Creditor's Name

**Legal - Bankruptcy Unit**

**800 W Montgomery Ave Fl 3**

Number      Street

**Philadelphia, PA 19122-2806**

City      State      ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Unpaid Utilities**

**$1,000.00**

---

**4.32**   **Planet Home Lending**

Nonpriority Creditor's Name

**321 Research Parkway**

Number      Street

**Meriden, CT 06450**

City      State      ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Potential Deficiency Liability Due to Personal Guarantee on Mortgage of Business**

**unknown**

---

| Debtor 1 | **Justin** | **J.** | **Adams** | | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | **Denaya** | **A.** | **Adams** | Case number *(if known)* | **25-15280** |
| | First Name | Middle Name | Last Name | | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.　　　　　**Total claim**

---

**4.33**　**Police & Fire FCU**　　　　　　　Last 4 digits of account number　**0　0　0　3**　　$5,955.00

Nonpriority Creditor's Name

**901 Arch Street**　　　　　　　　　When was the debt incurred?　　**5/1/2022**

Number　　　　Street

**Philadelphia, PA 19107**　　　　　**As of the date you file, the claim is:** Check all that apply.

City　　　　State　　　ZIP Code　　☐ Contingent
　　　　　　　　　　　　　　　　☐ Unliquidated
**Who incurred the debt?** Check one.　　☐ Disputed

☑ Debtor 1 only
☐ Debtor 2 only　　　　　　　　　**Type of NONPRIORITY unsecured claim:**
☐ Debtor 1 and Debtor 2 only　　　　☐ Student loans
☐ At least one of the debtors and another　☐ Obligations arising out of a separation agreement or divorce that you did not report as
**☐ Check if this claim is for a community debt**　　　priority claims
　　　　　　　　　　　　　　　　☐ Debts to pension or profit-sharing plans, and other similar debts
**Is the claim subject to offset?**　　　☑ Other. Specify　**Unsecured**

☑ No
☐ Yes

---

**4.34**　**Police & Fire FCU**　　　　　　　Last 4 digits of account number　**3　8　5　6**　　$5,072.00

Nonpriority Creditor's Name

**901 Arch Street**　　　　　　　　　When was the debt incurred?　　**4/1/2014**

Number　　　　Street

**Philadelphia, PA 19107**　　　　　**As of the date you file, the claim is:** Check all that apply.

City　　　　State　　　ZIP Code　　☐ Contingent
　　　　　　　　　　　　　　　　☐ Unliquidated
**Who incurred the debt?** Check one.　　☐ Disputed

☑ Debtor 1 only
☐ Debtor 2 only　　　　　　　　　**Type of NONPRIORITY unsecured claim:**
☐ Debtor 1 and Debtor 2 only　　　　☐ Student loans
☐ At least one of the debtors and another　☐ Obligations arising out of a separation agreement or divorce that you did not report as
**☐ Check if this claim is for a community debt**　　　priority claims
　　　　　　　　　　　　　　　　☐ Debts to pension or profit-sharing plans, and other similar debts
**Is the claim subject to offset?**　　　☑ Other. Specify　**CreditCard**

☑ No
☐ Yes

---

| | | |
|---|---|---|
| Debtor 1 | **Justin**       **J.**       **Adams** | |
| | First Name      Middle Name      Last Name | Case number *(if known)*  **25-15280** |
| Debtor 2 | **Denaya**       **A.**       **Adams** | |
| | First Name      Middle Name      Last Name | |

## Part 2:    Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.      **Total claim**

---

**4.35**    **Police & Fire FCU**

Nonpriority Creditor's Name

**901 Arch Street**

Number          Street

**Philadelphia, PA 19107**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **0    0    0    2**        **$1,500.00**

**When was the debt incurred?**          **12/1/2013**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **CheckCreditOrLineOfCredit**

---

**4.36**    **Shellpoint Mortgage Servicing**

Nonpriority Creditor's Name

**Attn: Bankruptcy**

**P.O. Box 10826**

Number          Street

**Greenville, SC 29603-0675**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    ___  ___  ___  ___        **unknown**

**When was the debt incurred?**          _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Potential Deficiency Liability Due to Personal Guarantee on Mortgage of Business**

---

Official Form 106E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                page **19** of **20**

| Debtor 1 | **Justin** | **J.** | **Adams** | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |
| Debtor 2 | **Denaya** | **A.** | **Adams** | |
| | First Name | Middle Name | Last Name | |

Case number *(if known)* __25-15280__

| **Part 4:** | **Add the Amounts for Each Type of Unsecured Claim** |
|---|---|

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159. Add the amounts for each type of unsecured claim.**

|  |  |  | **Total claim** |
|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | **$0.00** |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | **$86,605.72** |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | **$0.00** |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. + | **$0.00** |
| | 6e. | **Total.** Add lines 6a through 6d. | 6e. | **$86,605.72** |

|  |  |  | **Total claim** |
|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | **$119,008.00** |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | **$0.00** |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | **$0.00** |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. + | **$223,210.00** |
| | 6j. | **Total.** Add lines 6f through 6i. | 6j. | **$342,218.00** |

Official Form 106E/F

**Schedule E/F: Creditors Who Have Unsecured Claims**

page __20__ of __20__

Fill in this information to identify your case:

| Debtor 1 | **Justin** | **J.** | **Adams** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Denaya** | **A.** | **Adams** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: _____**Eastern**_____ District of _**Pennsylvania**_

Case number **25-15280**
(if known)

☐ Check if this is an amended filing

Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**

   ☑ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for** (for example, **rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|---|
| **2.1** | Name<br><br>Number          Street<br><br>City          State          ZIP Code | |
| **2.2** | Name<br><br>Number          Street<br><br>City          State          ZIP Code | |
| **2.3** | Name<br><br>Number          Street<br><br>City          State          ZIP Code | |
| **2.4** | Name<br><br>Number          Street<br><br>City          State          ZIP Code | |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Justin** | **J.** | **Adams** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Denaya** | **A.** | **Adams** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Eastern** District of **Pennsylvania**

Case number **25-15280**
(if known)

☐ Check if this is an
amended filing

Official Form 106H

# Schedule H: Your Codebtors                                                                 12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)
   ☑ No
   ☐ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   ☑ No. Go to line 3.
   ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

   ☐ No
   ☐ Yes. In which community state or territory did you live? _____. Fill in the name and current address of that person.

   _____
   Name of your spouse, former spouse, or legal equivalent

   _____
   Number          Street

   _____
   City          State          ZIP Code

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you.** List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D*, *Schedule E/F*, or *Schedule G* to fill out Column 2.

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |
| **3.1** _____<br>Name<br><br>_____<br>Number          Street<br><br>_____<br>City          State          ZIP Code | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |
| **3.2** _____<br>Name<br><br>_____<br>Number          Street<br><br>_____<br>City          State          ZIP Code | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Justin** | **J.** | **Adams** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Denaya** | **A.** | **Adams** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Eastern** District of **Pennsylvania**

Case number **25-15280**
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

---

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Employment |
|---|---|

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| 1. | **Fill in your employment information.** If you have more than one job, attach a separate page with information about additional employers. Include part-time, seasonal, or self-employed work. Occupation may include student or homemaker, if it applies. | | |
| | Employment status | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☑ Not employed |
| | Occupation | **Police Lieutenant** | **Unemployed** |
| | Employer's name | **Septa** | |
| | Employer's address | **1234 Market St**<br>Number        Street | Number        Street |
| | | **Philadelphia, PA 19107-3727**<br>City        State        ZIP Code | City        State        ZIP Code |
| | How long employed there? | **10 years** | |

| Part 2: | Give Details About Monthly Income |
|---|---|

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $15,202.81 | $0.00 |
| 3. | **Estimate and list monthly overtime pay.** | 3. | + $0.00 | + $0.00 |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. | $15,202.81 | $0.00 |

| Debtor 1 | **Justin** | **J.** | **Adams** | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |
| Debtor 2 | **Denaya** | **A.** | **Adams** | |
| | First Name | Middle Name | Last Name | |

Case number *(if known)* __25-15280__

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here.................................................................. ➔ | 4. | $15,202.81 | $0.00 |
| 5. **List all payroll deductions:** | | | |
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $2,794.74 | $0.00 |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $308.04 | $0.00 |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $0.00 | $0.00 |
| 5d. **Required repayments of retirement fund loans** | 5d. | $433.33 | $0.00 |
| 5e. **Insurance** | 5e. | $262.21 | $0.00 |
| 5f. **Domestic support obligations** | 5f. | $0.00 | $0.00 |
| 5g. **Union dues** | 5g. | $0.00 | $0.00 |
| 5h. **Other deductions.** Specify: __Philadelphia City Tax__ | 5h. + | $563.68 | + $0.00 |
| 6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. | 6. | $4,362.00 | $0.00 |
| 7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $10,840.81 | $0.00 |
| 8. **List all other income regularly received:** | | | |
| 8a. **Net income from rental property and from operating a business, profession, or farm** | | | |
| Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $0.00 | $0.00 |
| 8b. **Interest and dividends** | 8b. | $0.00 | $0.00 |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** | | | |
| Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $0.00 | $0.00 |
| 8d. **Unemployment compensation** | 8d. | $0.00 | $0.00 |
| 8e. **Social Security** | 8e. | $0.00 | $0.00 |
| 8f. **Other government assistance that you regularly receive** | | | |
| Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $0.00 | $0.00 |
| 8g. **Pension or retirement income** | 8g. | $0.00 | $0.00 |
| 8h. **Other monthly income.** Specify: _____ | 8h. + | $0.00 | + $0.00 |
| 9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h. | 9. | $0.00 | $0.00 |
| 10. **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $10,840.81 + | $0.00 = $10,840.81 |

| Debtor 1 | **Justin** | **J.** | **Adams** | Case number *(if known)* __25-15280__ |
|---|---|---|---|---|
| Debtor 2 | **Denaya** | **A.** | **Adams** | |
| | First Name | Middle Name | Last Name | |

---

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.

Specify: _____    11. **+** _____ **$0.00**

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information*, if it applies    12.    **$10,840.81**

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

☑ No.

☐ Yes. Explain: _____

Official Form 106I                      **Schedule I: Your Income**                      page **3**

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Justin** **J.** **Adams** |
| | First Name / Middle Name / Last Name |
| Debtor 2 | **Denaya** **A.** **Adams** |
| (Spouse, if filing) | First Name / Middle Name / Last Name |
| United States Bankruptcy Court for the: | **Eastern District of Pennsylvania** |
| Case number (if known) | **25-15280** |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J

# Schedule J: Your Expenses

**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.

   ☑ Yes. **Does Debtor 2 live in a separate household?**

   　☑ No

   　☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☐ No

   ☑ Yes. Fill out this information for each dependent...............

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Child | 15 | ☐ No. ☑ Yes. |
| Child | 12 | ☐ No. ☑ Yes. |
| | | ☐ No. ☐ Yes. |
| | | ☐ No. ☐ Yes. |
| | | ☐ No. ☐ Yes. |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☑ No

   ☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | Your expenses |
|---|---|---|
| 4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. | $2,155.60 |
| If not included in line 4: | | |
| 4a. Real estate taxes | 4a. | $0.00 |
| 4b. Property, homeowner's, or renter's insurance | 4b. | $0.00 |
| 4c. Home maintenance, repair, and upkeep expenses | 4c. | $450.00 |
| 4d. Homeowner's association or condominium dues | 4d. | $0.00 |

| Debtor 1 | **Justin** | **J.** | **Adams** | | |
|----------|-----------|--------|-----------|---|---|
| Debtor 2 | **Denaya** | **A.** | **Adams** | | |
| | First Name | Middle Name | Last Name | Case number *(if known)* | **25-15280** |

| | | | **Your expenses** |
|---|---|---|---|

| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. | **$0.00** |
|---|---|---|---|
| 6. | **Utilities:** | | |
| | 6a.  Electricity, heat, natural gas | 6a. | **$450.00** |
| | 6b.  Water, sewer, garbage collection | 6b. | **$125.00** |
| | 6c.  Telephone, cell phone, Internet, satellite, and cable services | 6c. | **$540.00** |
| | 6d.  Other. Specify: _____ | 6d. | **$0.00** |
| 7. | **Food and housekeeping supplies** | 7. | **$2,100.00** |
| 8. | **Childcare and children's education costs** | 8. | **$0.00** |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | **$400.00** |
| 10. | **Personal care products and services** | 10. | **$350.00** |
| 11. | **Medical and dental expenses** | 11. | **$300.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | **$600.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | **$566.56** |
| 14. | **Charitable contributions and religious donations** | 14. | **$0.00** |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. Life insurance | 15a. | **$135.00** |
| | 15b. Health insurance | 15b. | **$0.00** |
| | 15c. Vehicle insurance | 15c. | **$450.00** |
| | 15d. Other insurance. Specify: _____ | 15d. | **$0.00** |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. | **$0.00** |
| 17. | **Installment or lease payments:** | | |
| | 17a. Car payments for Vehicle 1 | 17a. | **$0.00** |
| | 17b. Car payments for Vehicle 2 | 17b. | **$0.00** |
| | 17c. Other. Specify: _____ | 17c. | **$0.00** |
| | 17d. Other. Specify: _____ | 17d. | **$0.00** |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. | **$0.00** |
| 19. | **Other payments you make to support others who do not live with you.** Specify: _____ | 19. | **$0.00** |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | |
| | 20a. Mortgages on other property | 20a. | **$0.00** |
| | 20b. Real estate taxes | 20b. | **$0.00** |
| | 20c. Property, homeowner's, or renter's insurance | 20c. | **$0.00** |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. | **$0.00** |
| | 20e. Homeowner's association or condominium dues | 20e. | **$0.00** |

| Debtor 1 | **Justin** | **J.** | **Adams** | | |
|---|---|---|---|---|---|
| Debtor 2 | **Denaya** | **A.** | **Adams** | | |
| | First Name | Middle Name | Last Name | Case number *(if known)* | **25-15280** |

---

21. **Other.** Specify: <u>**Cat food, cat litter, vet bills**</u>                  21.    +  <u>          **$300.00**</u>

22. **Calculate your monthly expenses.**

    22a. Add lines 4 through 21.         22a.  <u>     **$8,922.16**</u>

    22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2     22b.  <u>       **$0.00**</u>

    22c. Add line 22a and 22b. The result is your monthly expenses.     22c.  <u>     **$8,922.16**</u>

23. **Calculate your monthly net income.**

    23a. Copy line 12 (your combined monthly income) from *Schedule I.*     23a.  <u>   **$10,840.81**</u>

    23b. Copy your monthly expenses from line 22c above.     23b.  −  <u>     **$8,922.16**</u>

    23c. Subtract your monthly expenses from your monthly income.

         The result is your *monthly net income.*     23c.  <u>     **$1,918.65**</u>

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

    For example, do you expect to finish paying for your car loan within the year or do you expect your
mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ☑ No.

    ☐ Yes.

| Debtor 1 | **Justin** | **J.** | **Adams** | | |
|----------|------------|--------|-----------|--|--|
| Debtor 2 | **Denaya** | **A.** | **Adams** | Case number *(if known)* | **25-15280** |
| | First Name | Middle Name | Last Name | | |

| | Amount |
|--|-------:|

**6a. Electricity, heat, natural gas**

| Electricity | $200.00 |
|-------------|--------:|
| Natural Gas | $250.00 |

**6c. Telephone, cell phone, Internet, satellite, and cable services**

| Cell Phone Family Plan | $400.00 |
|------------------------|--------:|
| Internet | $140.00 |

**7. Food and housekeeping supplies**

| Food for Household | $2,000.00 |
|--------------------|----------:|
| Housekeeping Supplies | $100.00 |

**13. Entertainment, clubs, recreation, newspapers, magazines, and books**

| Daughter's cheerleading | $250.00 |
|-------------------------|--------:|
| Son's basketball costs | $200.00 |
| Gym memberships | $60.00 |
| Streaming services | $56.56 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Justin** | **J.** | **Adams** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Denaya** | **A.** | **Adams** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:    **Eastern District of Pennsylvania**

Case number    **25-15280**
(if known)

☐ Check if this is an amended filing

## Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information

12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.**

### Part 1:  Summarize Your Assets

**Your assets**
Value of what you own

1. *Schedule A/B: Property* (Official Form 106A/B)

   1a. Copy line 55, Total real estate, from *Schedule A/B*........................................................................ **$339,280.00**

   1b. Copy line 62, Total personal property, from *Schedule A/B*............................................................. **$52,062.86**

   1c. Copy line 63, Total of all property on *Schedule A/B*........................................................................ **$391,342.86**

### Part 2:  Summarize Your Liabilities

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)

   2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D*....... **$294,373.28**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)

   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*..................................... **$86,605.72**

   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*............................... + **$342,218.00**

   **Your total liabilities** **$723,197.00**

### Part 3:  Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)

   Copy your combined monthly income from line 12 of *Schedule I*.......................................................... **$10,840.81**

5. *Schedule J: Your Expenses* (Official Form 106J)

   Copy your monthly expenses from line 22c of *Schedule J*.................................................................... **$8,922.16**

| Debtor 1 | **Justin** | **J.** | **Adams** |
| Debtor 2 | **Denaya** | **A.** | **Adams** |
| | First Name | Middle Name | Last Name |

Case number *(if known)* **25-15280**

## Part 4: Answer These Questions for Administrative and Statistical Records

**6. Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☑ Yes

**7. What kind of debt do you have?**

☑ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

**8.** From the *Statement of Your Current Monthly Income*: Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

**$13,171.16**

**9.** Copy the following special categories of claims from Part 4, line 6 of Schedule E/F:

| | Total claim |
|---|---|
| **From Part 4 on Schedule E/F, copy the following:** | |
| 9a. Domestic support obligations (Copy line 6a.) | **$0.00** |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | **$86,605.72** |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | **$0.00** |
| 9d. Student loans. (Copy line 6f.) | **$119,008.00** |
| 9e.Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | **$0.00** |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + **$0.00** |
| 9g. **Total**. Add lines 9a through 9f. | **$205,613.72** |

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Justin** | **J.** | **Adams** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Denaya** | **A.** | **Adams** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:     **Eastern District of Pennsylvania**

Case number     **25-15280**
(if known)

☐ Check if this is an
amended filing

## Official Form 106Dec

## Declaration About an Individual Debtor's Schedules

12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____     Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119).*

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Justin J. Adams**

Justin J. Adams, Debtor 1

Date **02/11/2026**
  MM/ DD/ YYYY

X **/s/ Denaya A. Adams**

Denaya A. Adams, Debtor 2

Date **02/11/2026**
  MM/ DD/ YYYY

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Justin** | **J.** | **Adams** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Denaya** | **A.** | **Adams** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **Eastern District of Pennsylvania** | |
| Case number (if known) | | **25-15280** | |

☐ Check if this is an amended filing

## Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy     04/25

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:  Give Details About Your Marital Status and Where You Lived Before

**1. What is your current marital status?**

☑ Married

☐ Not married

**2. During the last 3 years, have you lived anywhere other than where you live now?**

☑ No

☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☑ No

☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

## Part 2:  Explain the Sources of Your Income

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No

☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross Income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross Income** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☑ Wages, commissions, bonuses, tips | **$181,472.33** | ☐ Wages, commissions, bonuses, tips | |
| | ☑ Operating a business | **TBD** | ☐ Operating a business | |

| Debtor 1 | **Justin** | **J.** | **Adams** | |
|---|---|---|---|---|
| Debtor 2 | **Denaya** | **A.** | **Adams** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* **25-15280** |

| | | | |
|---|---|---|---|
| **For last calendar year:** | ☑ Wages, commissions, bonuses, tips | **$241,038.00** | ☐ Wages, commissions, bonuses, tips |
| (January 1 to December 31, **2024** ) <br>            YYYY | ☑ Operating a business | (81960) | ☐ Operating a business |
| **For the calendar year before that:** | ☑ Wages, commissions, bonuses, tips | **$216,050.00** | ☐ Wages, commissions, bonuses, tips |
| (January 1 to December 31, **2023** ) <br>            YYYY | ☑ Operating a business | (4028) | ☐ Operating a business |

**5. Did you receive any other income during this year or the two previous calendar years?**

Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

☑ No

☐ Yes. Fill in the details.

**Part 3:** List Certain Payments You Made Before You Filed for Bankruptcy

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐ No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

     During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $8,575* or more?

     ☐ No. Go to line 7.

     ☐ Yes. List below each creditor to whom you paid a total of $8,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

     * Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.

☑ Yes.    **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

     During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

     ☐ No. Go to line 7.

     ☑ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for… |
|---|---|---|---|---|
| **Police & Fire FCU** <br> Creditor's Name | **November 2025** | **$1,989.00** | **$7,000.00** | ☐ Mortgage |
| **901 Arch Street** <br> Number    Street | **December 2025** | | | ☑ Car <br> ☐ Credit card |
| **Philadelphia, PA 19107** <br> City      State    ZIP Code | **January 2025** | | | ☐ Loan repayment <br> ☐ Suppliers or vendors <br> ☐ Other _____ |

| Debtor 1 | **Justin** | **J.** | **Adams** | |
|---|---|---|---|---|
| Debtor 2 | **Denaya** | **A.** | **Adams** | Case number *(if known)* __25-15280__ |
| | First Name | Middle Name | Last Name | |

**7. Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☑ No

☐ Yes. List all payments to an insider.

**8. Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☑ No

☐ Yes. List all payments that benefited an insider.

---

**Part 4:** Identify Legal Actions, Repossessions, and Foreclosures

**9. Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☑ No

☐ Yes. Fill in the details.

**10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☑ No. Go to line 11.

☐ Yes. Fill in the information below.

**11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No

☐ Yes. Fill in the details.

**12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No

☐ Yes

---

**Part 5:** List Certain Gifts and Contributions

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No

☐ Yes. Fill in the details for each gift.

---

| Debtor 1 | **Justin** | **J.** | **Adams** | | |
|---|---|---|---|---|---|
| Debtor 2 | **Denaya** | **A.** | **Adams** | Case number *(if known)* | **25-15280** |
| | First Name | Middle Name | Last Name | | |

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No

☐ Yes. Fill in the details for each gift or contribution.

---

**Part 6:  List Certain Losses**

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No

☐ Yes. Fill in the details.

---

**Part 7:  List Certain Payments or Transfers**

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No

☑ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Cibik Law, P.C.** | **Attorney's Fee; Attorney's Costs** | | |
| Person Who Was Paid | | | |
| **1500 Walnut Street Suite 900** | | 12/04/2025 | $1,500.00 |
| Number       Street | | 12/04/2025 | $575.00 |
| | | | |
| **Philadelphia, PA 19102** | | | |
| City                State    ZIP Code | | | |
| **mail@cibiklaw.com** | | | |
| Email or website address | | | |
| | | | |
| Person Who Made the Payment, if Not You | | | |

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☑ No

☐ Yes. Fill in the details.

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already listed on this statement.

☑ No

☐ Yes. Fill in the details.

| Debtor 1 | **Justin** | **J.** | **Adams** | |
|---|---|---|---|---|
| Debtor 2 | **Denaya** | **A.** | **Adams** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* __25-15280__ |

**19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?**
(These are often called *asset-protection devices.*)

☑ No

☐ Yes. Fill in the details.

---

**Part 8:**  List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

**20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☑ No

☐ Yes. Fill in the details.

**21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No

☐ Yes. Fill in the details.

**22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☑ No

☐ Yes. Fill in the details.

---

**Part 9:**  Identify Property You Hold or Control for Someone Else

**23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☑ No

☐ Yes. Fill in the details.

---

**Part 10:**  Give Details About Environmental Information

**For the purpose of Part 10, the following definitions apply:**

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.
- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.
- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

**Report all notices, releases, and proceedings that you know about, regardless of when they occurred.**

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Fill in the details.

---

| Debtor 1 | **Justin** | **J.** | **Adams** | |
|---|---|---|---|---|
| Debtor 2 | **Denaya** | **A.** | **Adams** | Case number *(if known)* **25-15280** |
| | First Name | Middle Name | Last Name | |

**25. Have you notified any governmental unit of any release of hazardous material?**

☑ No

❑ Yes. Fill in the details.

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No

❑ Yes. Fill in the details.

**Part 11:** Give Details About Your Business or Connections to Any Business

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

❑ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☑ A member of a limited liability company (LLC) or limited liability partnership (LLP)

❑ A partner in a partnership

❑ An officer, director, or managing executive of a corporation

❑ An owner of at least 5% of the voting or equity securities of a corporation

❑ No. None of the above applies. Go to Part 12.

☑ Yes. Check all that apply above and fill in the details below for each business.

| **KJ Capital Enterprises, LLC** | **Describe the nature of the business** | **Employer Identification number**<br>**Do not include Social Security number or ITIN.** |
|---|---|---|
| Name | **Consulting** | EIN: <u> 8  6 </u>–<u> 2  6  2  5  1  0  8 </u> |
| | **Name of accountant or bookkeeper** | **Dates business existed** |
| Number    Street | | From <u> 03/15/2021 </u> To <u>_____</u> |
| City              State    ZIP Code | | |

| **2721 N. 29th, LLC** | **Describe the nature of the business** | **Employer Identification number**<br>**Do not include Social Security number or ITIN.** |
|---|---|---|
| Name | | EIN: <u> 8  7 </u>–<u> 1  5  9  5  1  2  0 </u> |
| | **Name of accountant or bookkeeper** | **Dates business existed** |
| Number    Street | | From <u> 07/09/2021 </u> To <u>_____</u> |
| City              State    ZIP Code | | |

Debtor 1    **Justin**    **J.**    **Adams**

Debtor 2    **Denaya**    **A.**    **Adams**

First Name    Middle Name    Last Name

Case number *(if known)* __25-15280__

---

**3929 N. 17th, LLC**

Name

_____

Number    Street

_____

City    State    ZIP Code

| Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|
| | EIN: __8__ __7__ – __2__ __3__ __3__ __4__ __5__ __6__ __4__ |
| Name of accountant or bookkeeper | Dates business existed |
| | From __08/25/2021__ To _____ |

**KJ Capital Enterprises, LLC**

Name

_____

Number    Street

_____

City    State    ZIP Code

| Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|
| **Consulting** | EIN: __8__ __6__ – __2__ __6__ __2__ __5__ __1__ __0__ __8__ |
| Name of accountant or bookkeeper | Dates business existed |
| | From __03/15/2021__ To _____ |

**Femme Fete, LLC**

Name

_____

Number    Street

_____

City    State    ZIP Code

| Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|
| **Clothing Boutique** | EIN: __9__ __2__ – __3__ __4__ __9__ __5__ __8__ __9__ __6__ |
| Name of accountant or bookkeeper | Dates business existed |
| | From __01/30/2023__ To _____ |

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☑ No

☐ Yes. Fill in the details below.

| Debtor 1 | **Justin** | **J.** | **Adams** | |
|---|---|---|---|---|
| Debtor 2 | **Denaya** | **A.** | **Adams** | |
| | First Name | Middle Name | Last Name | |

Case number *(if known)* **25-15280**

---

| Part 12: | Sign Below |
|---|---|

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.


X **/s/ Justin J. Adams**                          X **/s/ Denaya A. Adams**

Signature of Justin J. Adams, Debtor 1               Signature of Denaya A. Adams, Debtor 2


Date **02/11/2026**                                Date **02/11/2026**


**Did you attach additional pages to your *Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

☑ No

☐ Yes


**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____     Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

---

B2030 (Form 2030) (12/25)

# United States Bankruptcy Court
### Eastern District of Pennsylvania

**In re**    Adams, Justin J.

Adams, Denaya A.                                        Case No.    __25-15280__

**Debtor**                                                  Chapter    __13__

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ................................................................    __$7,208.00__

Prior to the filing of this statement I have received ....................................................    __$2,075.00__

Balance Due ..............................................................................................................    __$5,133.00__

2.    The source of the compensation paid to me was:

☑ Debtor            ☐ Other (specify)

3.    The source of compensation to be paid to me is:

☑ Debtor            ☐ Other (specify)

4.    ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.    Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

a.    Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.    Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

B2030 (Form 2030) (12/25)

Filing fee plus Costs & Expenses. Motion to Extend the Stay. Continued Meeting of Creditor Hearings, Addition of Creditor after Filing Petition, Motions to Avoid Liens, Motions for Relief from the Automatic Stay, Motions to Dismiss Case, Adverserial Proceedings & Discharge Litigation, Depositions, Asset Cramdowns, Objection to Proof of Claims, Certification of Stipulation Defaults, Motions for Plan Modifications, Motions for Reconsideration, Vacate Wage Orders, Praceipe for Discharge, Bankruptcy Chapter Conversions, Redemption of Property, Lexis & Pacer Research, Credit, Property, Judgements, & Liens Reports. The above legal services will be billed at a hourly rate of $375 per hour per attorney

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **02/11/2026** | **/s/ Michael A. Cibik** |
| *Date* | Michael A. Cibik |
| | *Signature of Attorney* |

Bar Number: 23110
Cibik Law, P.C.
1500 Walnut Street Suite 900
Philadelphia, PA 19102
Phone: (215) 735-1060

**Cibik Law, P.C.**
*Name of law firm*