**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                              :          Chapter 13
                                                    :
JUSTIN ADAMS and DENAYA ADAMS,                      :          No. 25-15280-AMC
                                                    :
                              Debtors    :

**<u>ENTRY OF APPEARANCE AND REQUEST FOR NOTICES</u>**

PLEASE NOTE that pursuant to Rules 2002(g) and 9010(b) of the Federal Rules of

Bankruptcy Procedure, the Attorney General of Pennsylvania, as counsel for the Commonwealth

of Pennsylvania, Department of Revenue, a party in interest within the intent of the United States

Bankruptcy Code, requests that all notices, given or required to be given, and all papers served or

required to be served, in the above-captioned case be given to and served upon the following at

the office, address and telephone number set forth below, and that the person and address set forth

below be added to the official address matrix in this proceeding by the Clerk of Court:

**Chelsea E. Summers
Deputy Attorney General
Pennsylvania Office of Attorney General
1600 Arch Street, Suite 300
Philadelphia, PA 19103
Telephone: (267) 761-1382**
csummers@attorneygeneral.gov

It is further requested that in furtherance of its right to be heard, as provided in 11 U.S.C.

§1109(b) of the Bankruptcy Code, and in addition to the notices referred to in Bankruptcy Rules

2002, 2015, 6007, 9007 and 9022, the above-designated person to be served, as stated above, with

copies of all notices, correspondence, orders, applications, motions, petitions or pleadings,

requests, complaints or demands, whether formal or informal, or any other documents filed with

this Court that would affect, to any extent, the claims, rights or interests of Commonwealth of

Pennsylvania, Department of Revenue.

    Nothing in this pleading is intended to waive the Commonwealth of Pennsylvania's or its

officials' immunity from suit in a Federal Court under the Eleventh Amendment of the United

States Constitution.

Respectfully submitted,

DAVID W. SUNDAY, JR.
Attorney General


By:    *s/ Chelsea E. Summers*
          Chelsea E. Summers
Office of Attorney General        Deputy Attorney General
Financial Enforcement Section    Attorney ID 338538
The Phoenix Building
1600 Arch Street, Suite 300
Philadelphia, PA 19103        MELISSA L. VAN ECK
Phone: (267) 761-1382        Chief Deputy Attorney General

csummers@attorneygeneral.gov

                                      Counsel for Commonwealth of Pennsylvania,
Date:  February 18, 2026        Department of Revenue

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on the 18th day of February, 2026, a true and correct copy of the foregoing was electronically filed with the Court using the CM/ECF system, which sent notification to all parties of interest who are participating on the CM/ECF system.

Dated:  February 18, 2026

*/s/ Chelsea E. Summers*
Chelsea E. Summers