SOUTHEASTERN PA TRANSP AUTH   JUSTIN J ADAMS



| TAX DEDUCTIONS | | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | $375.10 | $11,777.85 |
| FICA/MED | $441.18 | $11,779.91 |
| SUI TAX | $4.18 | $110.29 |
| PENNA | $183.16 | $4,837.16 |
| PHILA | $223.13 | $5,901.97 |
| AFLAC-PRETAX | $121.02 | $2,783.46 |
| HEALTH COPAY | $77.95 | $1,792.85 |
| 457B MATCH | $0.00 | $1,000.00 |
| 457B | $200.00 | $9,000.00 |
| BASIC PENSION | $142.17 | $3,217.55 |
| LIFE INSUR. | $0.00 | $140.00 |
| PRIMARY CHECK | $4,231.18 | $107,106.57 |

| DESCRIPTION | RATE | HOURS | EARNINGS | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 0 | 70 | $3,554.25 | $83,517.33 |
| OVERTIME EARN | 0 | 25 | $1,904.07 | $64,413.51 |
| VAC PAY | 0 | 2 | $101.55 | $3,070.08 |
| HOLIDAYPAY | 0 | 0 | $0.00 | $2,797.49 |
| PERSN'LDAY | 0 | 8 | $406.20 | $1,800.70 |
| SICK PAY | 0 | 0 | $0.00 | $1,963.00 |
| UNIFORMALLOW | 0 | 0 | $0.00 | $1,320.00 |
| MEAL ALLOW | 0 | 0 | $33.00 | $885.50 |
| 457B MATCH | 0 | 0 | $0.00 | $1,000.00 |

| | EARNINGS | | TAXES | | DEDUCTIONS | | NET PAY | PAY PERIOD | CHECK NUMBER | CHECK AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| CURR | $5,999.07 | - | $1,226.75 | - | $541.14 | = | $4,231.18 | | 131418491 | $4,231.18 |
| Y TO D | $160,767.61 | - | $34,407.18 | - | $17,933.86 | = | $108,426.57 | 11-08-2025 | | |



SEPTA
1234 Market St.
Philadelphia, PA 19107-3780

PHILA.POLICE/FIRE CREDIT

XXXXXXXXXXXXXXXX

UNION CHECK

$4,231.18

TO THE ORDER OF

AA 14 20    111    0    11-14-2025
JUSTIN J ADAMS
1126 E BARRINGER STREET
PHILADELPHIA PA   19119

SOUTHEASTERN PA TRANSP AUTH   JUSTIN J ADAMS



| DESCRIPTION | RATE | HOURS | EARNINGS | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 0 | 76 | $3,858.90 | $87,376.23 |
| OVERTIME EARN | 0 | 28 | $2,132.55 | $66,546.06 |
| VAC PAY | 0 | 4 | $203.10 | $3,273.18 |
| HOLIDAYPAY | 0 | 0 | $0.00 | $2,797.49 |
| PERSN'LDAY | 0 | 0 | $0.00 | $1,800.70 |
| SICK PAY | 0 | 0 | $0.00 | $1,963.00 |
| UNIFORMALLOW | 0 | 0 | $0.00 | $1,320.00 |
| MEAL ALLOW | 0 | 0 | $38.50 | $924.00 |
| 457B MATCH | 0 | 0 | $0.00 | $1,000.00 |

| | TAX DEDUCTIONS | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | $402.52 | $12,180.37 |
| FICA/MED | $458.67 | $12,238.58 |
| SUI TAX | $4.34 | $114.63 |
| PENNA | $190.17 | $5,027.33 |
| PHILA | $231.68 | $6,133.65 |
| AFLAC-PRETAX | $121.02 | $2,904.48 |
| HEALTH COPAY | $77.95 | $1,870.80 |
| 457B MATCH | $0.00 | $1,000.00 |
| 457B | $200.00 | $9,200.00 |
| BASIC PENSION | $142.17 | $3,359.72 |
| LIFE INSUR. | $14.00 | $154.00 |
| PRIMARY CHECK | $4,390.53 | $111,497.10 |

| | EARNINGS | | TAXES | | DEDUCTIONS | | NET PAY | PAY PERIOD | CHECK NUMBER | CHECK AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| CURR | $6,233.05 | - | $1,287.38 | - | $555.14 | = | $4,390.53 | | 131434362 | $4,390.53 |
| Y TO D | $167,000.66 | - | $35,694.56 | - | $18,489.00 | = | $112,817.10 | 11-22-2025 | | |



SEPTA
1234 Market St.
Philadelphia, PA 19107-3780

PHILA.POLICE/FIRE CREDIT

XXXXXXXXXXXXXXXX

UNION CHECK

$4,390.53

TO THE
ORDER
OF

AA 14 20        111                    0
JUSTIN J ADAMS                                         11-28-2025
1126 E BARRINGER STREET
PHILADELPHIA PA    19119

SOUTHEASTERN PA TRANSP AUTH   JUSTIN J ADAMS



| DESCRIPTION | RATE | HOURS | EARNINGS | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 0 | 64 | $3,249.60 | $90,625.83 |
| OVERTIME EARN | 0 | 38 | $2,894.18 | $69,440.24 |
| VAC PAY | 0 | 0 | $0.00 | $3,273.18 |
| HOLIDAYPAY | 0 | 16 | $812.40 | $3,609.89 |
| PERSN'LDAY | 0 | 0 | $0.00 | $1,800.70 |
| SICK PAY | 0 | 0 | $0.00 | $1,963.00 |
| TAXABLE LIFE | 0 | 0 | $0.00 | $150.12 |
| UNIFORMALLOW | 0 | 0 | $0.00 | $1,320.00 |
| MEAL ALLOW | 0 | 0 | $60.50 | $984.50 |
| 457B MATCH | 0 | 0 | $0.00 | $1,000.00 |

| | TAX DEDUCTIONS | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | $547.92 | $12,728.29 |
| FICA/MED | $528.41 | $12,766.99 |
| SUI TAX | $4.87 | $119.50 |
| PENNA | $213.55 | $5,240.88 |
| PHILA | $260.16 | $6,393.81 |
| AFLAC-PRETAX | $121.02 | $3,025.50 |
| HEALTH COPAY | $77.95 | $1,948.75 |
| 457B MATCH | $0.00 | $1,000.00 |
| 457B | $200.00 | $9,400.00 |
| BASIC PENSION | $142.17 | $3,501.89 |
| LIFE INSUR. | $0.00 | $154.00 |
| PRIMARY CHECK | $4,920.63 | $116,417.73 |

| | EARNINGS | | TAXES | | DEDUCTIONS | | NET PAY | PAY PERIOD | CHECK NUMBER | CHECK AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| CURR | $7,016.68 | - | $1,554.91 | - | $541.14 | = | $4,920.63 | | 131450164 | $4,920.63 |
| Y TO D | $174,167.46 | - | $37,249.47 | - | $19,030.14 | = | $117,737.73 | 12-06-2025 | | |

SEPTA
1234 Market St.
Philadelphia, PA 19107-3780

PHILA.POLICE/FIRE CREDIT

UNION CHECK

XXXXXXXXXXXXXXXX  $4,920.63

TO THE ORDER OF

AA 14 20     111            0           1▮▮▮
JUSTIN J ADAMS                          12-12-2025
1126 E BARRINGER STREET
PHILADELPHIA PA   19119

SOUTHEASTERN PA TRANSP AUTH   JUSTIN J ADAMS



| DESCRIPTION | RATE | HOURS | EARNINGS | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 0 | 60 | $3,046.50 | $93,672.33 |
| OVERTIME EARN | 0 | 42 | $3,198.87 | $72,639.11 |
| VAC PAY | 0 | 20 | $1,015.50 | $4,288.68 |
| HOLIDAYPAY | 0 | 0 | $0.00 | $3,609.89 |
| PERSN'LDAY | 0 | 0 | $0.00 | $1,800.70 |
| SICK PAY | 0 | 0 | $0.00 | $1,963.00 |
| TAXABLE LIFE | 0 | 0 | $0.00 | $150.12 |
| UNIFORMALLOW | 0 | 0 | $0.00 | $1,320.00 |
| MEAL ALLOW | 0 | 0 | $44.00 | $1,028.50 |
| 457B MATCH | 0 | 0 | $0.00 | $1,000.00 |

| | TAX DEDUCTIONS | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | $614.95 | $13,343.24 |
| FICA/MED | $540.23 | $13,307.22 |
| SUI TAX | $5.08 | $124.58 |
| PENNA | $222.91 | $5,463.79 |
| PHILA | $271.56 | $6,665.37 |
| AFLAC-PRETAX | $121.02 | $3,146.52 |
| HEALTH COPAY | $77.95 | $2,026.70 |
| 457B MATCH | $0.00 | $1,000.00 |
| 457B | $200.00 | $9,600.00 |
| BASIC PENSION | $142.17 | $3,644.06 |
| LIFE INSUR. | $14.00 | $168.00 |
| PRIMARY CHECK | $5,095.00 | $121,512.73 |

| | EARNINGS | | TAXES | | DEDUCTIONS | | NET PAY | PAY PERIOD | CHECK NUMBER | CHECK AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| CURR | $7,304.87 | - | $1,654.73 | - | $555.14 | = | $5,095.00 | | 131466197 | $5,095.00 |
| Y TO D | $181,472.33 | - | $38,904.20 | - | $19,585.28 | = | $122,832.73 | 12-20-2025 | | |



SEPTA
1234 Market St.
Philadelphia, PA 19107-3780

PHILA.POLICE/FIRE CREDIT

UNION CHECK

XXXXXXXXXXXXXXXXX  $5,095.00

TO THE ORDER OF

AA 14 20      111              0
JUSTIN J ADAMS                                  12-26-2025
1126 E BARRINGER STREET
PHILADELPHIA PA   19119