# United States Bankruptcy Court
# Eastern District of Pennsylvania

In re:

    Justin Adams and Denaya Adams,

                  Debtors.

Case No. 25-15280-AMC

Chapter 13

## Certificate of Service

I, Michael A. Cibik, certify that on April 15, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Chapter 13 Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated on the attached mailing exhibit.

Date: April 15, 2026

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**Method of Service: CM/ECF**

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

**Kenneth E. West**
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106

**Pennsylvania Department of Revenue**
Bankruptcy Division
1 Revenue Pl
Harrisburg, PA 17129-0001

**PennyMac Loan Services, LLC**
P.O. Box 2410
Moorpark, CA 93020

**Method of Service: First Class Mail**

**AES/PNC Bank**
Attn: Bankruptcy
PO Box 2461
Harrisburg, PA 17105-2461

**American Heritage FCU**
Attn: Bankruptcy
2060 Red Lion Rd
Philadelphia, PA 19115-1603

**Amex**
Correspondence/Bankruptcy
PO Box 981540
El Paso, TX 79998-1540

**Capital One**
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0285

**Citibank**
Citicorp Cr Srvs
Centralized Bankruptcy
PO Box 790040
Saint Louis, MO 63179-0027

**Cornerstone**
PO Box 82561
Lincoln, NE 68501

**Discover Financial**
Attn: Bankruptcy
2500 Lake Cook Rd
Riverwoods, IL 60015-3851

**ECSI**
Attn: Bankruptcy
1200 Cherrington Pkwy, Ste 200
Coraopolis, PA 15108

**Elan Financial Services**
PO Box 108
Saint Louis, MO 63166

**Fortiva**
Attn: Bankruptcy
P.O. Box 105555
Atlanta, GA 30348-5555

**Freedom Credit Union**
Attn: Bankruptcy
626 Jacksonville Road, Suite 250
Warminster, PA 18974

**Goldman Sachs Bank USA**
Attn: Bankruptcy
200 West St
New York, NY 10282-2102

**Internal Revenue Service**
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

**KeyBank**
Attn: Bankruptcy
4910 Tiedeman Rd
Cleveland, OH 44144

**Macy's/DSNB**
Atytn: Bankruptcy
701 E. 60th Street North
Sioux Falls, SD 57104

**Mohela/dofed**
633 Spirit Drive
Chesterfield, MO 63005

**Navy Federal Credit Union**
Attn: Bankruptcy
PO Box 3000
Merrifield, VA 22119-3000

**Nelnet**
Attn: Bankruptcy
121 S 13th St
Lincoln, NE 68508-1904

**PECO Energy Company**
2301 Market St
Philadelphia, PA 19103-1338

**PGW**
Legal - Bankruptcy Unit
800 W Montgomery Ave Fl 3
Philadelphia, PA 19122-2806

**Philadelphia Federal Credit Union**
Attn: Bankruptcy
12800 Townsend Road
Philadelphia, PA 19154

**Planet Home Lending**
321 Research Parkway
Meriden, CT 06450

**Police & Fire FCU**
901 Arch Street
Philadelphia, PA 19107

**Shellpoint Mortgage Servicing**
Attn: Bankruptcy
P.O. Box 10826
Greenville, SC 29603-0675

**Synchrony Bank (various)**
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896

**TD Bank/Raymour & Flanigan** Attn:
Bankruptcy
1701 Rt. 70 East
Cherry Hill, NJ 08003

**Uheaa/doe**
P.O. Box 82561
Lincoln, NE 68501

**Water Revenue Bureau**
c/o Pamela Elchert Thurmond
Tax Lit & Collections Unit
1401 John F Kennedy Blvd Fl 5
Philadelphia, PA 19102-1617