IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
-------------------------------------------------------x
In re:                                        :
                                              :        Chapter 13
                                              :
      JUSTIN ADAMS                            :
      -AND-                                    :
      DENAYA ADAMS                            :        Case No.  25-15280 (AMC)
                                              :
                              Debtors.        :
-------------------------------------------------------x
```

**ENTRY OF APPEARANCE OF THE CITY OF PHILADELPHIA
COMBINED WITH DEMAND FOR SERVICE OF PAPERS**

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly enter the appearance of BEATRICE HANFORD, Assistant City Solicitor as counsel of record for creditors The City of Philadelphia and/or Water Revenue Bureau, where applicable, in the above-captioned matter.

PLEASE TAKE NOTICE that the City of Philadelphia and/or Water Revenue Bureau, (the "City"), a creditor and party-in-interest in the above-captioned case, hereby appears in the above-captioned case by its counsel, Beatrice Hanford, Assistant City Solicitor; such counsel hereby enters their appearance pursuant to Title 11 of the United States Code, 11 U.S.C. § 101 et seq. (the "Bankruptcy Code") and Fed. R. Bankr. P. 9010 (b), and such counsel hereby requests, pursuant to Fed. R. Bankr. P. 2002, 3017, 9007 and § 342 of the Bankruptcy Code, that copies of all notices and pleadings given or filed in the captioned case and served upon the City and to the attorney at the address and telephone number set forth below.

This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of Creditor's rights: (1) to have final orders in noncore matters entered

only after *de novo* review by a District Judge; (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, setoffs, or recoupments to which Creditor is or may be entitled, in law or equity, all of which rights, claims, actions, defenses, setoffs and recoupments Creditor expressly reserves.

Respectfully submitted,

THE CITY OF PHILADELPHIA

Dated: May 26, 2026

By: */s/ Beatrice Hanford*
BEATRICE HANFORD
Assistant City Solicitor
PA Attorney I.D. 337091
Attorney for the City of Philadelphia
City of Philadelphia Law Department
Municipal Services Building
1401 JFK Boulevard, 5th Floor
Philadelphia, PA  19102-1595
215-686-0501 (phone)
Email: Beatrice.Hanford@phila.gov

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---------------------------------------------------------x

In re:                                        :
                                              :                    Chapter 13
                                              :
        JUSTIN ADAMS                          :
         -AND-                                :
        DENAYA ADAMS                          :                    Case No.  25-15280 (AMC)
                                              :
                        Debtors.              :

---------------------------------------------------------x

**ENTRY OF APPEARANCE OF THE CITY OF PHILADELPHIA
COMBINED WITH DEMAND FOR SERVICE OF PAPERS
CERTIFICATE OF SERVICE**

        I hereby certify that a true and correct copy of the foregoing Entry of Appearance of the
City of Philadelphia was served by the means designated below, on the date set forth below,
upon the following parties:

Via ECF Filing Notice:

| | |
|---|---|
| Chapter 13 Trustee | United States Trustee |
| Office of the Chapter 13 Standing Trustee | Office of United States Trustee |
| KENNETH E. WEST | Robert N.C. Nix Federal Building |
| 190 N. Independence Mall West – Suite 701 | 900 Market Street – Suite 320 |
| Philadelphia, PA 19106 | Philadelphia, PA 19107 |

Debtor's Counsel of Record:
MICHAEL A. CIBIK
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102

Via USPS Mail Delivery:

| | |
|---|---|
| Justin Adams | Denaya Adams |
| 1126 E Barringer St | 1126 E Barringer St |
| Philadelphia, PA 19119-3904 | Philadelphia, PA 19119-3904 |

                                    THE CITY OF PHILADELPHIA

Dated: May 26, 2026               By: */s/ Beatrice Hanford*
                                    BEATRICE HANFORD
                                    Assistant City Solicitor
                                    PA Attorney I.D. 337091