**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

```
-------------------------------------------------------x
In re:                                    :
                                          :        Chapter 13
                                          :
        JUSTIN ADAMS                      :
          -AND-                           :
        DENAYA ADAMS                      :        Case No.  25-15280 (AMC)
                                          :
                          Debtors.        :
-------------------------------------------------------x
```

**THE CITY OF PHILADELPHIA'S
OBJECTION TO THE PROPOSED CHAPTER 13 PLAN**

TO THE HONORABLE ASHELY M. CHAN:

AND NOW, comes the City of Philadelphia, (the "City"), a secured creditor in the above-captioned case, by and through its Counsel, Beatrice Hanford, Assistant City Solicitor, pursuant to Bankruptcy Code §§ 506(b), 1325(a)(5), and L.B.R. 3015-4, to object to the proposed Chapter 13 plan (the "Plan"), of the above-captioned debtor, (the "Debtor"). The City avers the following in support thereof:

1. On December 31, 2025, the Debtor filed a voluntary petition for Chapter 13 Bankruptcy with this Court.

2. On February 11, 2026, the Debtor filed a list of all real properties owned by them, which included the properties located at 1126 E. Barringer Street, Philadelphia, PA 19119-3904 (the "Subject Property"). A copy of the Debtor's Schedule A/B is attached hereto as **Exhibit A**.

3. The Debtor values the Subject Property at Three Hundred Thirty-Nine Thousand Two Hundred Eighty Dollars ($339,280.00). See **Exhibit A**.

4. On May 20, 2026, the City filed secured claim amounting to Five Thousand One Hundred Thirty-One Dollars ($5,131.22.00) for water usage owed by the Debtor to the City for the Subject

Properties (the "Water/Sewer Claim").   A copy of the Proof of Claim filed by the City is attached hereto

as **Exhibit B**.

5.      On February 11, 2026, the Debtor filed the Chapter 13 Plan (the "Plan"), which provides

for a total payment in the amount of Four Thousand Dollars ($4,000.00).  However, the Water Revenue

Bureau/City of Philadelphia filed a secured "Water/Sewer Claim" amounting to ($5,131.22.00) as detailed

in paragraph 4.  A copy of the Debtor's Plan is attached hereto as **Exhibit C**.

6.      As neither the Debtor nor another party in interest has objected to the Water/Sewer Claim,

as it is deemed allowed.  See 11 U.S.C. § 502(a).

7.      The Plan should not be confirmed as it fails to adequately specify the correct payment for

the Water/Sewer Claim. See 11 U.S.C. §§ 506(b), 1325(a)(5)(B)(ii).

WHEREFORE, the City respectfully requests that this Court DENY confirmation of the Plan.


Respectfully submitted,

THE CITY OF PHILADELPHIA

Dated: May 26, 2026

By: */s/ Beatrice Hanford*
BEATRICE HANFORD
Assistant City Solicitor
PA Attorney I.D. 337091
Attorney for the City of Philadelphia
City of Philadelphia Law Department
Municipal Services Building
1401 JFK Boulevard, 5th Floor
Philadelphia, PA  19102-1595
215-686-0501 (phone)
Email: Beatrice.Hanford@phila.gov

**L.B.F. 9014-4**

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF
PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | Chapter 13 |
| Justin Adams, | : | |
| -And- | : | |
| Denaya Adams | : | |
| **Debtors** | : | **Bky. No.  25-15280 (AMC)** |

\*   \*   \*   \*   \*   \*   \*

**CERTIFICATION OF SERVICE**

I,  Beatrice Hanford , certify that on May 26, 2026 , I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- The City of Philadelphia's Objection to The Proposed Chapter 13 Plan
- Exhibit A, Debtor's Schedule A/B, filed February 11, 2026.
- Exhibit B, City of Philadelphia's Proof of Claim, filed May 20, 2026.
- Exhibit C, Debtor's Chater 13 lan, filed February 11, 2026.

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Respectfully submitted,

THE CITY OF PHILADELPHIA

Dated: May 26, 2026

By: */s/ Beatrice Hanford*
BEATRICE HANFORD
Assistant City Solicitor
PA Attorney I.D. 337091
Attorney for the City of Philadelphia

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

Name: KENNETH E. WEST
Address: Office of the Chapter 13 Standing Trustee
190 N. Independence Mall West – Suite 701
Philadelphia, PA 19106
Relationship of Party: Chapter 13 Trustee
Via:     (CM/ECF)     1st Class Mail     Certified Mail     e-mail: Other:

Name: UNITED STATES TRUSTEE
Address: Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street – Suite 320
Philadelphia, PA 19107
Relationship of Party: United States Trustee
Via:     (CM/ECF)     1st Class Mail     Certified Mail     e-mail: Other:

Name: MICHAEL A. CIBIK
Address: 1500 Walnut Street, Suite 900
Philadelphia, PA 19102
Relationship of Party: Debtor's Counsel of Record
Via:     (CM/ECF)     1st Class Mail     Certified Mail     e-mail: Other:

Name: Justin Adams
Address: 1126 E Barringer St
Philadelphia, PA 19119-3904
Relationship of Party:
Via:     CM/ECF     (1st Class Mail)     Certified Mail     e-mail: Other:

Name: Denaya Adams
Address: 1126 E Barringer St
Philadelphia, PA 19119-3904
Relationship of Party:
Via:     CM/ECF     (1st Class Mail)     Certified Mail     e-mail: Other: