# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Justin J. Adams and Denaya A. Adams, | Case No. 25-15280-AMC |
| | Chapter 13 |
| *Debtors*. | |

## CERTIFICATION OF SERVICE

I, Michael A. Cibik, certify that on June 10, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- First Amended Chapter 13 Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: June 10, 2026

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**Method of Service - CM/ECF:**

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107

**Kenneth E. West**
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106

**City of Philadelphia/Water Revenue Bureau**
c/o Law Department
Municipal Services Building
1401 JFK Boulevard, 5th Floor
Philadelphia, PA  19102-1595

**PA Department of Revenue**
c/o Office of Attorney General
Financial Enforcement Section
The Phoenix Building
1600 Arch Street, Suite 300
Philadelphia, PA 19103

**PennyMac Loan Services, LLC**
c/o KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532

## Method of Service - First Class Mail

**AES/PNC Bank**
Attn: Bankruptcy
P.O. Box 2461
Harrisburg, PA 17105-2461

**American Heritage Federal Credit Union**
Attn: Bankruptcy
2060 Red Lion Rd
Philadelphia, PA 19115-1603

**Amex**
Correspondence/Bankruptcy
P.O. Box 981540
El Paso, TX 79998-1540

**Capital One**
Attn: Bankruptcy
P.O. Box 30285
Salt Lake City, UT 84130-0285

**Citibank**
Citicorp Cr Srvs/Centralized Bankruptcy
P.O. Box 790040
Saint Louis, MO 63179-0027

**Citibank/The Home Depot**
Citicorp Cr Srvs/Centralized Bankruptcy
P.O. Box 790040
Saint Louis, MO 63179-0040

**Cornerstone**
P.O. Box 82561
Lincoln, NE 68501

**Discover Financial**
Attn: Bankruptcy
2500 Lake Cook Rd
Riverwoods, IL 60015-3851

**GEUK**
Cwp<Dcpmtwrve{
3422"Ej gttkpi vqp"Rmy {."Uvg"422"
Eqtcqrqrku."RC"3732:

**Grœp'Hpcpekcrl Ugt xlegu**
R0Q0Dqz"32:
Uckpv'Nqwku.'O Q'85388

**Hqt vkxc**
Cwp<Dcpmtwrve{
R0Q0Dqz"327777
Cvrcpvc.'I C'5256:/7777

**Ht ggf qo 'Et gf kv'Wpkqp**
Cwp<Dcpmtwrve{
848"Lcemuqpxkmg"Tqcf "."Uwkvg"472"
Y cto kpuvgt.'RC"3:;96

**I qrf o cp'Ucej u'Dcpm'WUC**
Cwp<Dcpmtwrve{
422"Y guv'Uv
P gy "[ qtm'P [ "324: 4/4324

**Kpvgt pcrl Tgxgpwg'Ugt xleg**
Egpvtcl kj gf "Kpuqrxgpe{"Qr gtcvkqp
R0Q0Dqz "9568
Rj krcf grr j kc.'RC"3; 323/9568

**KeyBank**
Attn: Bankruptcy
4910 Tiedeman Rd
Cleveland, OH 44144

**Macy's/ DSNB**
Atytn: Bankruptcy
701 E. 60th Street North
Sioux Falls, SD 57104

**Mohela**
Attn: Bankruptcy
633 Spirit Dr
Chesterfield, MO 63005-1243

**Navy Federal Credit Union**
Attn: Bankruptcy
PO Box 3000
Merrifield, VA 22119-3000

**Nelnet**
Attn: Bankruptcy
121 S 13th St
Lincoln, NE 68508-1904

**PECO Energy Company**
2301 Market St
Philadelphia, PA 19103-1338

**PGW**
Legal - Bankruptcy Unit
800 W Montgomery Ave Fl 3
Philadelphia, PA 19122-2806

**Philadelphia Federal Credit Union**
Attn: Bankruptcy
12800 Townsend Road
Philadelphia, PA 19154

**Planet Home Lending**
321 Research Parkway
Meriden, CT 06450

**Police & Fire Federal Credit Union**
One Greenwood Square
3333 Street Road
Bensalem, PA 19020

**Shellpoint Mortgage Servicing**
Attn: Bankruptcy
P.O. Box 10826
Greenville, SC 29603-0675

**Synchrony Bank**
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896

**TD Bank/Raymour & Flanigan**
Attn: Bankruptcy
1701 Rt. 70 East
Cherry Hill, NJ 08003

**Uheaa/doe**
Po Box 82561
Lincoln, NE 68501