**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

-------------------------------------------------------x

In re:                              :

                                    :        Chapter 13

                                    :

        JUSTIN ADAMS          :

          -AND-             :

        DENAYA ADAMS      :        Case No.  25-15280 (AMC)

                                    :

                    Debtors.   :

-------------------------------------------------------x

## PRAECIPE TO WITHDRAW CLAIM

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw Claim No.32, filed by the Water Revenue Bureau C/O City of

Philadelphia on May 20, 2026.

                                    Respectfully submitted,

                                      THE CITY OF PHILADELPHIA

Dated: June 17, 2026                 By: */s/ Beatrice Hanford*
                                      BEATRICE HANFORD
                                      Assistant City Solicitor
                                      PA Attorney I.D. 337091
                                      Attorney for the City of Philadelphia
                                      City of Philadelphia Law Department
                                      Municipal Services Building
                                      1401 JFK Boulevard, 5th Floor
                                      Philadelphia, PA  19102-1595
                                      215-686-0501 (phone)
                                      Email: Beatrice.Hanford@phila.gov