**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

```
--------------------------------------------------------x
In re:                                          :
                                                :        Chapter 13
                                                :
       JUSTIN ADAMS                             :
         -AND-                                  :
       DENAYA ADAMS                             :        Case No.  25-15280 (AMC)
                                                :
                                 Debtors.        :
--------------------------------------------------------x
```

## PRAECIPE TO WITHDRAW DOCUMENT

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the City of Philadelphia's Praecipe to Withdraw Proof of Claim [Docket No. 33], filed on June 17, 2026. The City inadvertently filed a Praecipe to Withdraw Proof of Claim No.32, filed by the Water Revenue Bureau C/O City of Philadelphia on May 20, 2026. We request said Claim be reinstated.

Respectfully submitted,

THE CITY OF PHILADELPHIA

Dated: June 18, 2026

By: */s/ Beatrice Hanford*
BEATRICE HANFORD
Assistant City Solicitor
PA Attorney I.D. 337091
Attorney for the City of Philadelphia
City of Philadelphia Law Department
Municipal Services Building
1401 JFK Boulevard, 5th Floor
Philadelphia, PA  19102-1595
215-686-0501 (phone)
Email: Beatrice.Hanford@phila.gov