**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

```
-------------------------------------------------------x
In re:                                    :
                                          :    Chapter 13
                                          :
       JUSTIN ADAMS                       :
          -AND-                           :
       DENAYA ADAMS                       :    Case No. 25-15280 (AMC)
                                          :
                     Debtors.             :
-------------------------------------------------------x
```

## PRAECIPE TO WITHDRAW DOCUMENT

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the City of Philadelphia's Objection to the Proposed Chapter 13 Plan [Docket No. 29] which was filed on May 26, 2026.

Respectfully submitted,

THE CITY OF PHILADELPHIA

Dated: June 18, 2026          By: */s/ Beatrice Hanford*
                             BEATRICE HANFORD
                             Assistant City Solicitor
                             PA Attorney I.D. 337091
                             Attorney for the City of Philadelphia
                             City of Philadelphia Law Department
                             Municipal Services Building
                             1401 JFK Boulevard, 5th Floor
                             Philadelphia, PA  19102-1595
                             215-686-0501 (phone)
                             Email: Beatrice.Hanford@phila.gov