# EXHIBIT C

**Prepared By:**
**Jennifer Zak/NTC, 2100 Alt. 19**
**North, Palm Harbor, FL 34683**
**(800)346-9152**

When Recorded Return To:
PennyMac Loan Services, LLC
C/O Nationwide Title Clearing, LLC
2100 Alt. 19 North
Palm Harbor, FL 34683

## ASSIGNMENT OF MORTGAGE

**FOR GOOD AND VALUABLE CONSIDERATION,** the sufficiency of which is hereby acknowledged, the undersigned, **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS MORTGAGEE, AS NOMINEE FOR ABSOLUTE HOME MORTGAGE CORPORATION, ITS SUCCESSORS AND ASSIGNS, (ASSIGNOR), (MERS Address: 11819 Miami St., Suite 100, Omaha, NE 68164; P.O. Box 2026, Flint, MI 48501-2026)** by these presents does convey, grant, assign, transfer and set over the described Mortgage therein together with all liens, and any rights due or to become due thereon to **PENNYMAC LOAN SERVICES, LLC, WHOSE ADDRESS IS 3043 TOWNSGATE ROAD STE 200, WESTLAKE VILLAGE, CA 91361 (800)777-4001, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE).**

Said Mortgage dated 12/22/2020, in the amount of $316,442.00 made by **DENAYA ADAMS AND JUSTIN ADAMS** to **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS MORTGAGEE, AS NOMINEE FOR ABSOLUTE HOME MORTGAGE CORPORATION, ITS SUCCESSORS AND ASSIGNS** recorded on 01/05/2021, in the Office of the Recorder of Deeds of **PHILADELPHIA** County, in the State of **Pennsylvania**, in **Doc ID 53773556**.

SEE EXHIBIT A ATTACHED

Property is more commonly known as: 1126 E BARRINGER STREET, PHILADELPHIA, PA 19119.

**Dated this 14th day of January in the year 2026**
**MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS MORTGAGEE, AS NOMINEE FOR ABSOLUTE HOME MORTGAGE CORPORATION, ITS SUCCESSORS AND ASSIGNS**

By: _____

**MICHAEL PHILBERT**
**VICE PRESIDENT**

All persons whose signatures appear above have qualified authority to sign and have reviewed this document and supporting documentation prior to signing.

STATE OF FLORIDA    COUNTY OF PINELLAS

The foregoing instrument was acknowledged before me by means of [X] physical presence or [ ] online notarization on this 14th day of January in the year 2026, by Michael Philbert as VICE PRESIDENT of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (''MERS''), AS MORTGAGEE, AS NOMINEE FOR ABSOLUTE HOME MORTGAGE CORPORATION, ITS SUCCESSORS AND ASSIGNS, who, as such VICE PRESIDENT being authorized to do so, executed the foregoing instrument for the purposes therein contained. He/she/they is (are) personally known to me.

**Alyxandra Carruba**

**COMM EXPIRES: 6/15/2029**



ALYXANDRA CARRUBA
Notary Public - State of Florida
Commission # HH 687972
My Comm. Expires Jun 15, 2029

Assignment of Mortgage from:
**MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (''MERS''), AS MORTGAGEE, AS NOMINEE FOR ABSOLUTE HOME MORTGAGE CORPORATION, ITS SUCCESSORS AND ASSIGNS, (ASSIGNOR), (MERS Address: 11819 Miami St., Suite 100, Omaha, NE 68164; P.O. Box 2026, Flint, MI 48501-2026)**
to:
**PENNYMAC LOAN SERVICES, LLC, WHOSE ADDRESS IS 3043 TOWNSGATE ROAD STE 200, WESTLAKE VILLAGE, CA 91361 (800)777-4001, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE)**

Mortgagor: **DENAYA ADAMS AND JUSTIN ADAMS**

All that certain lot or piece of ground situated in
Mortgage Premises: 1126 E BARRINGER STREET
                         PHILADELPHIA, PA 19119
                         PHILADELPHIA
(Borough or Township, if stated), Commonwealth of Pennsylvania.
Being more particularly described in said Mortgage.

### Certificate of Residence

I, **Michael Philbert**, do certify that the precise address of the within named Assignee is:
**PENNYMAC LOAN SERVICES, LLC, WHOSE ADDRESS IS 3043 TOWNSGATE ROAD STE 200, WESTLAKE VILLAGE, CA 91361 (800)777-4001, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE)**

**MICHAEL PHILBERT**

**VICE PRESIDENT**

All persons whose signatures appear above have qualified authority to sign and have reviewed this document and supporting documentation prior to signing.

'EXHIBIT A'

ALL THAT CERTAIN LOT OR PIECE OF GROUND WITH THE BUILDINGS AND IMPROVEMENTS THEREON ERECTED, SITUATE IN THE TWENTY-SECOND WARD OF THE CITY OF PHILADELPHIA DESCRIBED ACCORDING TO A SURVEY AND PLAN MADE BY GEORGE C. GILMORE, REGISTERED SURVEYOR, ON THE TWENTY-FOURTH DAY OF APRIL A.D. 1950, AS FOLLOWS, TO WIT: SITUATE ON THE SOUTHEAST SIDE OF BARRINGER STREET (FIFTY FEET WIDE) AT THE DISTANCE OF FOUR HUNDRED EIGHTEEN FEET EIGHT INCHES NORTHEASTWARDLY FROM THE NORTHEAST SIDE OF ARDLEIGH STREET (SEVENTY FEET WIDE).  CONTAINING IN FRONT OR BREADTH ON SAID BARRINGER STREET THIRTY-TWO FEET AND EXTENDING OF THAT WIDTH IN LENGTH OR DEPTH SOUTHEASTWARDLY BETWEEN PARALLEL LINES AT RIGHT ANGLES TO THE SAID BARRINGER STREET ONE HUNDRED THREE FEET SIX INCHES TO A POINT IN THE CENTER LINE OF A FIFTEEN FEET WIDE DRIVEWAY WHICH EXTENDS NORTHEASTWARDLY INTO ANDERSON STREET (SIXTY FEET WIDE) AND SOUTHWESTWARDLY INTO ARDLEIGH STREET, THE SOUTHWESTERLY LINE THEREOF PARTLY PASSING THROUGH THE CENTER OF THE PARTY WALL BETWEEN THE PREMISES AND THE PREMISES ADJOINING ON THE SOUTHWEST. TOGETHER WITH THE FREE AND COMMON USE, TIGHT, LIBERTY AND PRIVILEGE OF THE AFORESAID DRIVEWAY AS AND FOR A PASSAGEWAY AND DRIVEWAY IN COMMON WITH THE OWNERS, TENANTS AND OCCUPIERS OF THE ADJOINING LOTS OF GROUND BOUNDING THEREON AND ENTITLED TO THE USE THEREOF, AT ALL TIMES HEREAFTER, FOREVER, SUBJECT, HOWEVER, TO THE PROPORTIONATE PART OF THE EXPENSE OF KEEPING SAID DRIVEWAY IN GOOD ORDER AND REPAIR.