**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| | : | |
| JUSTIN J. ADAMS and | : | |
| DENAYA A. ADAMS | : | Case No. 25-15280 (AMC) |
| | : | |
| Debtor. | : | |

**STIPULATION RESOLVING REQUEST OF POLICE AND FIRE FEDERAL CREDIT
UNION FOR ADEQUATE PROTECTION**

WHEREAS, on December 31, 2025 (the "Petition Date"), Justin and Denaya Adams (the "Debtors") filed a voluntary petition under Chapter 13 of the Bankruptcy Code, 11 U.S.C. § 101 *et seq.* (the "Bankruptcy Code").

WHEREAS, prior to the Petition Date, Debtor Justin Adams was the owner of a 2019 Jeep Grand Cherokee, VIN# 1C4RJFAG7KC563910 (the "Vehicle"), with respect to which he is indebted to PFFCU pursuant to a loan agreement dated August 28, 2020 (the "Loan Agreement");

WHEREAS, the last payment received by PFFCU pursuant to the Loan Agreement was made by the Debtors prior to the Petition Date and the Debtors propose to pay the balance owed under the Loan Agreement to PFFCU through their proposed Chapter 13 plan;

WHEREAS, confirmation of the Debtors' proposed plan has been continued following objection filed by another creditor and a motion to dismiss for failure to make plan payments filed and subsequently withdrawn by the Chapter 13 Trustee and is presently scheduled for August 18, 2026;

WHEREAS, due to the length of time that PFFCU has not received payments under the Loan Agreement, PFFCU asserts that its interests in the Vehicle are not adequately protected and

#125693637v1

requested that the Debtors agree to allow preconfirmation disbursements from the monies paid to the Chapter 13 Trustee;

WHEREAS, to avoid the costs associated with PFFCU filing a motion for adequate protection and further litigation, the Parties have agreed to stipulate to preconfirmation adequate protection payments being made to PFFCU on the terms set forth herein.

NOW THEREFORE, each in consideration of the promises of the other and intending to be legally bound, subject to the approval of the Bankruptcy Court, it is hereby agreed as follows:

1.      The Debtors and PFFCU agree that PFFCU shall receive a pre-confirmation distribution in the amount of $100.00 per month from funds that the Debtors have paid to the Chapter 13 Trustee, retroactive to the Petition Date, and continuing until the Debtors' Chapter 13 Plan, as amended, is confirmed, which payments shall be applied to reduce the balance owed by the Debtors to PFFCU under the Loan Agreement.

2.      Following confirmation of the Plan, distributions shall be made to PFFCU as provided in the confirmed Plan.

3.      Each of the signatories to this Stipulation acknowledges and represents that his or her respective client has reviewed this Stipulation and has authorized the execution of same by undersigned counsel.

4.      If the instant bankruptcy case is terminated by either dismissal, conversion or discharge other than pursuant to 11 U.S.C. § 1328(a), this Stipulation shall be null and void and not binding upon the Parties and the Parties shall be returned to their respective positions prior to the execution of this Stipulation.

5.      This Stipulation may be executed by facsimile and/or e-mail and such facsimile and/or e-mail signatures shall be deemed originals.

2

#125693637v1

CONSENTED TO BY:              DILWORTH PAXSON LLP


DATED:  June 18, 2026        */s/ Anne M. Aaronson*
                             Anne M. Aaronson, Esquire
                             *Attorney for PFFCU*


CONSENTED TO BY:              Cibik Law, P.C.


DATED: June 18, 2026         */s/ E.J. Gruber*
                             E.J. Gruber, Esquire
                             *Attorney for Debtors*


WITHOUT OBJECTION TO
TERMS, WITHOUT PREJUDICE
TO CHAPTER 13 TRUSTEE'S
RIGHTS AND REMEDIES:
                             KENNETH E. WEST, Chapter 13 Trustee


DATED: June 18, 2025         /s/ *Jack Miller*
                             Jack Miller for
                             Kenneth E. West, Trustee


3

#125693637v1