# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re:

    Justin Adams and Denaya Adams,

                    Debtors.

Case No. 25-15280-AMC

Chapter 13

### Debtors' Objection to Motion for Relief from Stay

**AND NOW**, Debtors Justin and Denaya Adams, by and through their attorney, hereby object to the Motion for Relief from Stay filed by PennyMac Loan Services.

Date: June 30, 2026

CIBIK LAW, P.C.
*Counsel for Debtor*

By: */s/ Michael A. Cibik*

    Michael A. Cibik (#23110) 1500
Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

### Certificate of Service

I certify that on this date I caused a true and correct copy of the Debtor's Objection to Motion for Relief from Stay filed by PennyMac Loan Services to be served on all parties on the clerk's service list through the CM/ECF system. I did not serve anyone by mail.

Date: June 30, 2026

*/s/ Michael A. Cibik*
Michael A. Cibik