United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                  Case No. 25-15280-amc

Justin Adams                                                            Chapter 13

Denaya Adams

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Aug 04, 2026 | Form ID: pdf900 | Total Noticed: 6 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 06, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Justin Adams, Denaya Adams, 1126 E Barringer St, Philadelphia, PA 19119-3904 |
| cr | Water Revenue Bureau, City of Philadelphia Law Department, Philadelphia Revenue Department, 1401 JKF Boulevard, Philadelphia, PA 19102 UNITED STATES |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Aug 05 2026 02:32:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 05 2026 02:32:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | Email/Text: megan.harper@phila.gov | Aug 05 2026 02:32:00 | CITY OF PHILADELPHIA, Tax & Revenue Unit, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, Major Tax Litigation Division, Philadelphia, PA 19102-1595, UNITED STATES |
| cr | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 05 2026 02:32:00 | Commonwealth of Pennsylvania Department of Revenue, Bureau of Compliance, Dept. 280946, Harrisburg, PA 17128-0946 |

TOTAL: 4

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2026                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 4, 2026 at the address(es) listed**

District/off: 0313-2           User: admin           Page 2 of 2

Date Rcvd: Aug 04, 2026           Form ID: pdf900           Total Noticed: 6

**below:**

| Name | Email Address |
|---|---|
| ANNE M. AARONSON | on behalf of Interested Party Police and Fire Federal Credit Union aaaronson@dilworthlaw.com mdolan@dilworthlaw.com;ctomlin@dilworthlaw.com;ksheronas@dilworthlaw.com;shenry@dilworthlaw.com;aholland@dilworthlaw.com |
| BEATRICE FAITH HANFORD | on behalf of Creditor Water Revenue Bureau beatrice.hanford@phila.gov |
| BEATRICE FAITH HANFORD | on behalf of Creditor CITY OF PHILADELPHIA beatrice.hanford@phila.gov |
| CHELSEA ERIN SUMMERS | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue csummers@attorneygeneral.gov |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MAGGIE S SOBOLESKI | on behalf of Creditor PENNYMAC LOAN SERVICES LLC msoboleski@kmllawgroup.com, 3532@notices.nextchapterbk.com |
| MATTHEW K. FISSEL | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| MICHAEL A. CIBIK | on behalf of Debtor Justin Adams help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MICHAEL A. CIBIK | on behalf of Joint Debtor Denaya Adams help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 10

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| | : | |
| JUSTIN J. ADAMS and | : | |
| DENAYA A. ADAMS | : | Case No. 25-15280 (AMC) |
| | : | |
| Debtor. | : | |

**STIPULATION RESOLVING REQUEST OF POLICE AND FIRE FEDERAL CREDIT**
**UNION FOR ADEQUATE PROTECTION**

WHEREAS, on December 31, 2025 (the "Petition Date"), Justin and Denaya Adams (the "Debtors") filed a voluntary petition under Chapter 13 of the Bankruptcy Code, 11 U.S.C. § 101 *et seq.* (the "Bankruptcy Code").

WHEREAS, prior to the Petition Date, Debtor Justin Adams was the owner of a 2019 Jeep Grand Cherokee, VIN# 1C4RJFAG7KC563910 (the "Vehicle"), with respect to which he is indebted to PFFCU pursuant to a loan agreement dated August 28, 2020 (the "Loan Agreement");

WHEREAS, the last payment received by PFFCU pursuant to the Loan Agreement was made by the Debtors prior to the Petition Date and the Debtors propose to pay the balance owed under the Loan Agreement to PFFCU through their proposed Chapter 13 plan;

WHEREAS, confirmation of the Debtors' proposed plan has been continued following objection filed by another creditor and a motion to dismiss for failure to make plan payments filed and subsequently withdrawn by the Chapter 13 Trustee and is presently scheduled for August 18, 2026;

WHEREAS, due to the length of time that PFFCU has not received payments under the Loan Agreement, PFFCU asserts that its interests in the Vehicle are not adequately protected and

#125693637v2

requested that the Debtors agree to allow preconfirmation disbursements from the monies paid to the Chapter 13 Trustee;

WHEREAS, to avoid the costs associated with PFFCU filing a motion for adequate protection and further litigation, the Parties have agreed to stipulate to preconfirmation adequate protection payments being made to PFFCU on the terms set forth herein.

NOW THEREFORE, each in consideration of the promises of the other and intending to be legally bound, subject to the approval of the Bankruptcy Court, it is hereby agreed as follows:

1. The Debtors and PFFCU agree that PFFCU shall receive a pre-confirmation distribution in the amount of $100.00 per month from funds that the Debtors have paid to the Chapter 13 Trustee, retroactive to the Petition Date, and continuing until the Debtors' Chapter 13 Plan, as amended, is confirmed, which payments shall be applied to reduce the balance owed by the Debtors to PFFCU under the Loan Agreement.

2. Following confirmation of the Plan, distributions shall be made to PFFCU as provided in the confirmed Plan.

3. Each of the signatories to this Stipulation acknowledges and represents that his or her respective client has reviewed this Stipulation and has authorized the execution of same by undersigned counsel.

4. If the instant bankruptcy case is terminated by either dismissal, conversion or discharge other than pursuant to 11 U.S.C. § 1328(a), this Stipulation shall be null and void and not binding upon the Parties and the Parties shall be returned to their respective positions prior to the execution of this Stipulation.

5. This Stipulation may be executed by facsimile and/or e-mail and such facsimile and/or e-mail signatures shall be deemed originals.

2

#125693637v2

CONSENTED TO BY:             DILWORTH PAXSON LLP


DATED:  June 18, 2026        /s/ Anne M. Aaronson
                             Anne M. Aaronson, Esquire
                             *Attorney for PFFCU*


CONSENTED TO BY:             Cibik Law, P.C.


DATED: June 18, 2026         /s/ E.J. Gruber
                             E.J. Gruber, Esquire
                             *Attorney for Debtors*


WITHOUT OBJECTION TO
TERMS, WITHOUT PREJUDICE
TO CHAPTER 13 TRUSTEE'S
RIGHTS AND REMEDIES:
                             KENNETH E. WEST, Chapter 13 Trustee


DATED: June 24, 2026         /s/ Jack Miller
                             Jack Miller for
                             Kenneth E. West, Trustee


**SO ORDERED:**

Date: August 4 , 2026

_____
Hon. Ashely M. Chan
Chief United States Bankruptcy Judge

3

#125693637v2