United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Justin Adams
Denaya Adams
Debtors

Case No. 25-15280-amc
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin Page 1 of 4
Date Rcvd: Oct 28, 2026 Form ID: 155 Total Noticed: 52

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Justin Adams, Denaya Adams, 1126 E Barringer St, Philadelphia, PA 19119-3904 |
| 15147252 | + | BEATRICE HANFORD, Attorney for the City of Philadelphiat, Municipal Services Building, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1617 |
| 15105476 | + | Chelsea E. Summers, Commonwealth of PA Dept.of Rev., PA Office of Attorney General, 1600 Arch Street, Suite 300, Philadelphia, PA 19103-2016 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15088910 | | Email/Text: bncnotifications@pheaa.org | Oct 28 2026 16:41:00 | AES/PNC Bank, Attn: Bankruptcy, PO Box 2461, Harrisburg, PA 17105-2461 |
| 15102343 | | Email/PDF: bncnotices@becket-lee.com | Oct 28 2026 16:24:23 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15088911 | + | Email/Text: bankruptcy@amhfcu.org | Oct 28 2026 16:41:00 | American Heritage Federal Credit Union, Attn: Bankruptcy, 2060 Red Lion Rd, Philadelphia, PA 19115-1699 |
| 15088912 | | Email/PDF: bncnotices@becket-lee.com | Oct 28 2026 16:24:23 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 15151807 | | Email/Text: megan.harper@phila.gov | Oct 28 2026 16:42:00 | City of Philadelphia Law Department, Tax Litigation and Collections Unit, 1401 John F. Kennedy Blvd., 5th floor, Philadelphia, PA 19102 |
| 15145054 | | Email/Text: megan.harper@phila.gov | Oct 28 2026 16:42:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 191021595 |
| 15088944 | | Email/Text: megan.harper@phila.gov | Oct 28 2026 16:42:00 | Water Revenue Bureau, c/o Pamela Elchert Thurmond, Tax Lit & Collections Unit, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 15088913 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 28 2026 16:24:30 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15088914 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 28 2026 16:24:28 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 15088915 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 28 2026 16:24:35 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, Saint Louis, MO 63179-0040 |
| 15088916 | ^ | MEBN | Oct 28 2026 16:01:33 | Cornerstone, PO Box 82561, Lincoln, NE 68501-2561 |
| 15088917 | | Email/Text: mrdiscen@discover.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Oct 28 2026 16:41:00 | Discover Financial, Attn: Bankruptcy, 2500 Lake Cook Rd, Riverwoods, IL 60015-3851 |
| 15088925 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 28 2026 16:24:20 | Macy's/ DSNB, Atytn: Bankruptcy 701 E. 60th Street Nor, Sioux Falls, SD 57104 |
| 15088918 | + | Email/Text: productionprocessing@efpls.ed.gov | Oct 28 2026 16:41:00 | ECSI, Attn: Bankruptcy, 1200 Cherrington Pkwy, Ste 200, Coraopolis, PA 15108-4368 |
| 15088920 | | Email/Text: Atlanticus@ebn.phinsolutions.com | Oct 28 2026 16:41:00 | Fortiva, Attn: Bankruptcy, P.O. Box 105555, Atlanta, GA 30348-5555 |
| 15088921 | + | Email/Text: ELDABBASM@FREEDOMCU.ORG | Oct 28 2026 16:41:00 | Freedom Credit Union, Attn: Bankruptcy, 626 Jacksonville Road , Suite 250, Warminster, PA 18974-4862 |
| 15088922 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Oct 28 2026 16:41:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, 200 West St, New York, NY 10282-2198 |
| 15088923 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 28 2026 16:41:00 | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 15107267 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 28 2026 16:41:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 15107169 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 28 2026 16:41:00 | Jefferson Capital Systems, LLC, PO Box 7999, St. Cloud, MN 56302-9617 |
| 15088924 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Oct 28 2026 16:41:00 | KeyBank, Attn: Bankruptcy, 4910 Tiedeman Rd, Cleveland, OH 44144-2338 |
| 15105900 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 28 2026 16:24:32 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15088926 | | Email/Text: EBN@Mohela.com | Oct 28 2026 16:41:00 | Mohela, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 15088927 | | Email/Text: EBN@Mohela.com | Oct 28 2026 16:41:00 | Mohela/dofed, 633 Spirit Drive, Chesterfield, MO 63005 |
| 15118582 | | Email/Text: EBN@Mohela.com | Oct 28 2026 16:41:00 | US Department of Education/MOHELA, 633 Spirit Dr., Chesterfield, MO 63005 |
| 15088928 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Oct 28 2026 16:42:00 | NAVY FCU, Attn: Bankruptcy, PO Box 3000, Merrifield, VA 22119-3000 |
| 15088929 | | Email/Text: ext_ebn_inbox@navyfederal.org | Oct 28 2026 16:42:00 | Navy Federal Credit Union, Attn: Bankruptcy, PO Box 3000, Merrifield, VA 22119-3000 |
| 15098737 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Oct 28 2026 16:42:00 | Navy Federal Credit Union, P.O. BOX 3000, Merrifield, VA 22119-3000 |
| 15088930 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Oct 28 2026 16:41:00 | Nelnet, Attn: Bankruptcy, 121 S 13th St, Lincoln, NE 68508-1922 |
| 15088931 | + | Email/Text: bankruptcygroup@peco-energy.com | Oct 28 2026 16:41:00 | PECO Energy Company, 2301 Market St, Philadelphia, PA 19103-1380 |
| 15093289 | ^ | MEBN | Oct 28 2026 16:01:31 | PENNYMAC LOAN SERVICES, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 15088934 | ^ | MEBN | Oct 28 2026 16:01:31 | PGW, Legal - Bankruptcy Unit, 800 W Montgomery Ave Fl 3, Philadelphia, PA 19122-2806 |
| 15088935 | | Email/Text: CollectionsDept@PFCU.COM | Oct 28 2026 16:41:00 | Philadelphia Federal Credit Union, Attn: Bankruptcy, 12800 Townsend Road, Philadelphia, PA 19154 |
| 15110311 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 28 2026 16:24:34 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 15088932 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 28 2026 16:41:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA |

| | | | | |
|---|---|---|---|---|
| | | | | 17129-0001 |
| 15104565 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 28 2026 16:41:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 15101584 | + | Email/PDF: ebnotices@pnmac.com | Oct 28 2026 16:24:19 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 15088936 | + | Email/Text: BKMAIL@planethomelending.com | Oct 28 2026 16:41:00 | Planet Home Lending, 321 Research Parkway, Meriden, CT 06450-8301 |
| 15088937 | + | Email/Text: bankruptcy1@pffcu.org | Oct 28 2026 16:41:00 | Police & Fire FCU, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 15096159 | + | Email/Text: bankruptcy1@pffcu.org | Oct 28 2026 16:41:00 | Police & Fire Federal Credit Union, One Greenwood Square, 3333 Street Road, Bensalem, PA 19020-2022 |
| 15088938 | + | Email/Text: mtgbk@shellpointmtg.com | Oct 28 2026 16:41:00 | Shellpoint Mortgage Servicing, Attn: Bankruptcy, P.O. Box 10826, Greenville, SC 29603-0826 |
| 15088939 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 28 2026 16:24:23 | Synchrony Bank/Amazon, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15088940 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 28 2026 16:24:15 | Synchrony Bank/Care Credit, Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15088941 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 28 2026 16:24:22 | Synchrony Bank/JCPenney, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15088942 | + | Email/Text: bankruptcy@td.com | Oct 28 2026 16:41:00 | TD Bank/Raymour & Flanigan, Attn: Bankruptcy, 1701 Rt. 70 East, Cherry Hill, NJ 08003-2390 |
| 15098568 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Oct 28 2026 16:41:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 15157605 | | Email/Text: EDBKNotices@ecmc.org | Oct 28 2026 16:41:00 | U.S. Department of Education, PO Box 16448, Saint Paul MN 55116-0448 |
| 15088919 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Oct 28 2026 16:41:00 | Elan Financial Services, PO Box 108, Saint Louis, MO 63166 |
| 15088943 | ^ | MEBN | Oct 28 2026 16:01:33 | Uheaa/doe, Po Box 82561, Lincoln, NE 68501-2561 |

TOTAL: 49

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15088933 | | PennyMac Loan Services, LLC, Unit, Los Angeles,, Attn:, PO Box 514387, CorrespondenceCA90051 |
| 15102367 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15102368 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15102369 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15102370 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15102371 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15105901 | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 1 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 13, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANNE M. AARONSON | on behalf of Interested Party Police and Fire Federal Credit Union aaaronson@dilworthlaw.com mdolan@dilworthlaw.com;ctomlin@dilworthlaw.com;ksheronas@dilworthlaw.com;shenry@dilworthlaw.com;aholland@dilworthlaw.com |
| BEATRICE FAITH HANFORD | on behalf of Creditor Water Revenue Bureau beatrice.hanford@phila.gov |
| BEATRICE FAITH HANFORD | on behalf of Creditor CITY OF PHILADELPHIA beatrice.hanford@phila.gov |
| CHELSEA ERIN SUMMERS | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue csummers@attorneygeneral.gov |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MAGGIE S SOBOLESKI | on behalf of Creditor PENNYMAC LOAN SERVICES LLC msoboleski@kmllawgroup.com, 3532@notices.nextchapterbk.com |
| MATTHEW K. FISSEL | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com |
| MICHAEL A. CIBIK | on behalf of Joint Debtor Denaya Adams help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MICHAEL A. CIBIK | on behalf of Debtor Justin Adams help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 10

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| Justin Adams | ) | Case No. 25−15280−amc |
| | ) | |
| | ) | |
| Denaya Adams | ) | Chapter: 13 |
| | ) | |
| Debtor(s). | ) | |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: October 13, 2026

For The Court

Ashely M. Chan
Chief Judge, United States Bankruptcy Court